CA 05 243ML

# EX. A

26-07

000429

# EXECUTORS' DEED

I, ARTHUR T. MARCELLO, of Barrington, RI, Executor (the "Grantor") of the ESTATE OF NICHOLAS F. MARCELLO A/K/A RUDOLPH MARCELLO, by virtue of and in exercise of the power and authority vested in us, by the power of sale contained in the Last Will and Testament of Nicholas F. Marcello filed with the Probate Court of the Town of Barrington in the State of Rhode Island referenced as Docket No. 5148, and by every other power thereunto enabling the Grantor, for consideration paid in the amount of Two Hundred Seventy-Five Thousand and 00/100 ($275,000.00) Dollars, the receipt and sufficiency of which is hereby acknowledged, do hereby grant, bargain and sell and convey to NUNO C. NEVES and NATALIA PAIVA-NEVES, of Barrington, RI, Tenants By The Entirety (the "Grantee"):

See Exhibit "A" attached hereto and made a part hereof.

I, ARTHUR T. MARCELLO, for myself, heirs, executors, administrators and assigns covenant with the Grantee that I am the duly appointed and qualified Executor, appointed by said Probate Court, and as Executor, warrant title to the said premises afore described as fully as the above-mentioned authority allows me to do, against the claims and demands of all persons claiming by, through or under me as Executor of said Estate.

Grantor hereby certify that I have complied with the smoke detector law R.I. Gen. Laws §23-28.35-1 et seq. Grantor covenants that this transfer is such that no withholding under R.I. Gen. Laws § 44-30-71.3 is required as Nicholas Marcello was a resident Rhode Island.

IN WITNESS WHEREOF, the Grantor have signed, acknowledged and delivered these presents this 6th day of February, 2004

Arthur T. Marcello EXECUTOR
Arthur T. Marcello, Executor

STATE OF RHODE ISLAND
COUNTY OF KENT

In Warwick in said County, on the 6th day of February, 2004, before me personally appeared the above-named ARTHUR T. MARCELLO, to me known and known by me to be the parties executing the foregoing instrument and he acknowledged said instrument by him so executed to be his free act and deed, individually and in his capacity as Executor of the Estate of Nicholas Marcello.

[signature]
Notary Public
My Commission Expires: 7/18/2005
JEFFREY F. CAFFREY

Property Address:
557 Maple Avenue

A-1

Arthur T. Marcello Executor

Arthur T. Marcello, Executor

STATE OF RHODE ISLAND
COUNTY OF KENT

In Warwick in said County, on the 6th day of February, 2004, before me personally appeared the above-named ARTHUR T. MARCELLO, to me known and known by me to be the parties executing the foregoing instrument and he acknowledged said instrument by him so executed to be his free act and deed, individually and in his capacity as Executor of the Estate of Nicholas Marcello.

Notary Public
My Commission Expires: 7/18/2005
Jeffrey F. Caffrey

Property Address:
557 Maple Avenue
Barrington, RI 02806
AP 19, Lot 18

REAL ESTATE CONVEYANCE TAX
005067
TAX $ 1,120.00
DATE FEB - 9 2004
RECEIVED PM

BOOK 0818 PAGE 0168

RECEIVED FOR RECORD
Barrington, R.I. FEB -9 2004
at 10:40 o'clock M
Town Clerk

557 Maple Avenue
Barrington, RI 02806

EXHIBIT A

PARCEL NO. 1

A certain tract of land with all buildings and improvements thereon situated on the Northerly side of Maple Avenue in said Town of Barrington and bounded and described as follows:

Commencing at a point on the northerly side of said Maple Avenue 197 feet 4 inches westerly from the northwest corner of Barrington Avenue and Maple Avenue and running northerly 225 feet more or less to a corner; thence turning at right angles and running westerly, bounding northerly on land now or formerly of Joseph Palumbo and wife, 98 feet and 8 inches to a corner; thence turning at right angles and running southerly 225 feet more or less to the northerly line of said Maple Avenue; thence turning at right angles and running easterly along the northerly line of said Maple Avenue 98 feet, 8 inches to the place of beginning.

PARCEL NO. 2

And also that lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue at the southeasterly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1940 and recorded in the records of Land Evidence in said Barrington in Book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land now or lately of Guiseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventy five (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land two hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue seventy-five (75) feet to the point of beginning.

Excepting herefrom that portion of parcel number two (2) which has been previously conveyed by this grantor to Gayton A. Marcello and wife Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.



A-2