EX. B

000431

## ASSIGNMENT OF MORTGAGE

DIAMOND FUNDING CORPORATION (hereinafter "Diamond"), a Rhode Island corporation having its place of business in the City of Cranston, County of Providence, State of Rhode Island, holder of a mortgage by NUNO C. NEVES & NATALIA PAIVA-NEVES of 557 MAPLE AVENUE, BARRINGTON, RI 02806 to Diamond Funding Corporation, dated February 6, 2003, and recorded in Book 818 at Page 170 on Feb 9th, 2003 in the Records of Land Evidence of the TOWN of BARRINGTON, BRISTOL county in the said State, for consideration paid, in the sum of $ 160,000.00, assign said mortgage and note and claim secured thereby to:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ITS SUCCESSORS AND ASSIGNS
P.O. BOX 2026, FLINT, MI 48501-2026

IN WITNESS WHEREOF, said Diamond Funding Corporation has caused these presents to be fully executed by its President and Treasurer, the said Ava M. Martinelli, thereunto duly authorized this 6th day of FEBRUARY, 2003.

DIAMOND FUNDING CORPORATION
BY: *[signature]*
Ava M. Martinelli
President & Treasurer

STATE OF RHODE ISLAND
PROVIDENCE SC

In Cranston, in said county, on the 6th day of FEBRUARY, 2003, before me personally appeared Ava M. Martinelli, the President & Treasurer of Diamond Funding Corporation, known to me to be the party executing the foregoing instrument for and on behalf of said Corporation and she acknowledged said instrument by her so executed to be her free act and deed of Diamond Funding Corporation.

*[signature]*
Lucille J. Rocha
Notary Public

My commission Expires
September 8, 2007

MERS PHONE: 1-888-679-MERS
MIN #: 100037506009069353

RECEIVED FOR RECORD
Barrington, R.I. FEB - 9 2004
at 10:42 o'clock A M
*[signature]*
Town Clerk

BOOK 08 PAGE 0 [illegible]

A-3

Recording Return To:
AMOND FUNDING CORPORATION
2 PARK AVENUE
RANSTON, RI 02910

000430

Plat 19, Lot 18

[Space Above This Line For Recording Data]

# MORTGAGE

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) **"Security Instrument"** means this document, which is dated **February 06, 2004** , together with all Riders to this document.

(B) **"Borrower"** is **NUNO C. NEVES and NATALIA PAIVA-NEVES**

Borrower is the mortgagor under this Security Instrument.

(C) **"Lender"** is **Diamond Funding Corporation**

Lender is a **CORPORATION** organized and existing under the laws of **State of Rhode Island** . Lender's address is **872 Park Avenue, Cranston, Rhode Island 02910**

. Lender is the mortgagee under this Security Instrument.

(D) **"Note"** means the promissory note signed by Borrower and dated **February 06, 2004** . The Note states that Borrower owes Lender **One Hundred Sixty Thousand and no/100** Dollars (U.S. $ **160,000.00** ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than **March 01, 2034**

(E) **"Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

(F) **"Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(G) **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☐ Other(s) [specify] |
| ☐ 1-4 Family Rider | ☐ Biweekly Payment Rider | |



T