EX·D

Mr. James C. Marcello
152 Cross Road
Stetson, Maine 04488
Tel: (207)296-3433

July 17, 2004

Office of The Clerk
PROVIDENCE SUPERIOR COURT
250 Benefit Street
Providence, RI 02903
Tel: (401)222-3250

RE: JAMES C. MARCELLO vs. NUNO C. NEVES & NATALIA PAIVA-NEVES
CA NO: ____________

Dear Clerk of Court,

Enclosed for filing is:

COMPLAINT FOR TRESPASS AND EJECTMENT TO TRY TITLE
PURSUANT TO RIGL 34-20-2 & RIGL 8-2-14 P.1-4

WITH ATTACHED ADDENDUM EXHIBITS A.1-3

FILING FEE PAYMENT IN THE AMOUNT OF ($160.00)
MONEY ORDER #53272803397

CIVIL CASE COVER SHEET

LETTER HEAD TO PROVIDENCE SHERIFF DEPARTMENT
CERTIFIED MAIL ARTICLE #7000 0600 0022 1673 3232

If I can be of any assistance to you, please feel free to contact me at the above return address or phone.

Thankyou for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

CERTIFIED MAIL
RESTRICTED DELIVERY
ARTICLE #7000 0600 0022 1673 3225

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0600 0022 1673 3225

Article Sent To: PROVIDENCE SUPERIOR COURT OF RI, 250 BENEFIT ST

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | 3.00 |
| Total Postage & Fees | $ 7.88 |

Postmark Here: STETSON ME 04488 JUL 19 2004 USPS

Name (Please Print Clearly) (to be completed by mailer): JAMES C. MARCELLO
Street, Apt. No.; or PO Box No.: 152 CROSS ROAD
City, State, ZIP+4: STETSON, MAINE 04488

BILL OF COMPLAINT

State of Rhode Island and Providence Plantations
Providence,ss. Superior Court.

| | | |
|---|---|---|
| JAMES C. MARCELLO<br><br>Plaintiff<br><br>vs.<br><br>NUNO C. NEVES &<br>NATALIA PAIVA-NEVES<br><br>Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | In Equity. No. ___________ |

COMPLAINT FOR TRESPASS AND EJECTMENT TO TRY TITLE
PURSUANT TO RIGL 34-20-2 & RIGL 8-2-14

To The Honorable The Superior Court, Sitting in Equity:

Greetings:

MR. JAMES C. MARCELLO, the owner of certain real property located at 557 Maple Avenue, in the Town of Barrington, Rhode Island, brings this his **bill of complaint** against NUNO C. NEVES & NATALIA PAIVA-NEVES of 557 Maple Avenue, in the Town of Barrington, Rhode Island, and thereupon complains and says:

1. The plaintiff, James C. Marcello, is the sole heir of Rudolph Nicholas Marcello, a/k/a Nicholas F. Marcello, who at the time of his death, owned and was in possession of the certain real property situtated in the Town of Barrington at 557 Maple Avenue.

2. The plaintiff, James C. Marcello, has absolute title to the property, and has held prior possession thereof to the defendants from the year 1954 up to February of 2004.

3. On and about August 13, 2003, the defendants participated knowingly and willingly to a successful tortious eviction and disseizin of the plaintiff and his wife from the said certain real property, through an abuse of process that was coordinated with the unlawful use of police power.

4. The defendants, at that time, intended to illegally enter and take possession of the said certain property under a pre-disclosed fraudulent deed, with knowledge of the forgery prior to the intended entry.

5. As a result of this conspiracy, the plaintiff and his wife suffered irreparable injuries and harm. Mr. Olivia A. Marcello, the plaintiff's wife, suffered homelessness for two weeks. She has mental retardation and chronic depression disorders, and numerous complications and almost died. The plaintiff husband, James C. Marcello, was illegally incarserated and held without bail for two weeks, for the furtherance of the plan, and suffered a time of hospitalization for his heart, blood presure, and nerves.

6. On October 1, 2003, the plaintiff and his wife, re-entered and took possession of the said certain real property in question.

7. On October 14, 2003, the defendants went to the said certain property in question, surprised by plaintiff in re-possession, is not a stranger to the suit, and between whom and defendants there is privity.

8. On December 12, 2003, defendants participated knowingly and willingly to a successful second disseizin of the plaintiff and his wife from the said certain property in question, through a second abuse of process that was coordinated with again the unlawful use of police power.

9. As a result of this conspiracy, the plaintiff and his wife suffered compounded irreparable injuries and harm. The plaintiff husband, James C. Marcello, was again illegally incarserated and held without bail for three months, for the furtherance of the plan. The plaintiff's wife, Olivia A.

Marcello, is a dependant person who was torsted from house to house, waiting and suffering for her husband primary careprovider to be released.

10. On and about February 1, 2004, the defendants, with foreknowledge of a forged deed prior to their possession, took wrongful or unlawful possession of the plaintiff's said property located at 557 Maple Avenue in the Town of Barrington Rhode Island, while plaintiff was still, in the furtherance of it's plan, purposedly held without bail.

11. On February 9, 2004, a fraudulent deed, void on it's face and without required order of court nor jurisdiction, was filed in the land records of Barrington, indicating an appearance of a sale of said property in question to Nuno C. Neves & Natalia Paiva-Neves for the alledge sum of ($275,000.00)

A copy along with attached exihibit deed is hereby attached and seen at A-1, & A-2.

12. On February 9, 2004, an assignment of mortgage from the Diamond Funding Corporation to Nuno C. Neves & Natalia Paiva-Neves of 557 Maple Avenue Barrington, RI 02806, in the amount of ($160,000.00), was filed in the land records of Barrington.

A copy is hereby attached and seen at A-3.

13. The plaintiff, James C. Marcello, is entitled to possession, and that defendants have asserted title in themselves to the said property in question, and wrongfully or unlawfully keeps him out of possession.

## PRAYER FOR RELIEF

Wherefore, The Plaintiff Prays:

1. That a writ of possession may be issued, Granting possession to the plaintiff of the certain real property located at 557 Maple Avenue Barrington Rhode Island.

2. That the defendant be ordered to pay to the plaintiff in the amount of Ten Thousand Dollars ($10,000.00), for the pain, suffering, and damages, against their person and property.

3. That the plaintiff may have such other and further relief as the nature of the case may require.

And may it please this Honorable Court to issue its subpoena to the said defendants, MR. NUNO C. NEVES & NATALIA PAIVA-NEVES, commanding them and each of them upon a certain day and upon a certain penalty therein to be specified to be and appear before this Honorable Court and then and there to answer (under oath) (but not under oath, oath hereto being expressly waived) all the premises and to stand to, and abide and perform such order and decree as to this court shall seem meet and the circumstances of the case require.

Respectiffly Submitted,

DATED: JULY 18, 2004

James Marcello

JAMES C. MARCELLO, pro se

Mr. James & Olivia Marcello
152 Cross Road
Stetson, Maine 04488
Tel: (207)296-3433

Subscribed and sworn to before me in the Town of Stetson, in the County of Penobscot, in the State of Maine, this 18th day of July, 2004.

Dennell K. Ham

NOTARY PUBLIC

DENNELL K HAM
NOTARY PUBLIC, MAINE
MY COMMISSION EXPIRES NOVEMBER 18, 2010

DENNELL K. HAM NOTARY PUBLIC MAINE

# A D D E N D U M

2-6-04

000429

# EXECUTORS' DEED

I, ARTHUR T. MARCELLO, of Barrington, RI, Executor (the "Grantor") of the ESTATE OF NICHOLAS F. MARCELLO A/K/A RUDOLPH MARCELLO, by virtue of and in exercise of the power and authority vested in us, by the power of sale contained in the Last Will and Testament of Nicholas F. Marcello filed with the Probate Court of the Town of Barrington in the State of Rhode Island referenced as Docket No. 5148, and by every other power thereunto enabling the Grantor, for consideration paid in the amount of Two Hundred Seventy-Five Thousand and 00/100 ($275,000.00) Dollars, the receipt and sufficiency of which is hereby acknowledged, do hereby grant, bargain and sell and convey to NUNO C. NEVES and NATALIA PAIVA-NEVES, of Barrington, RI, Tenants By The Entirety (the "Grantee"):

See Exhibit "A" attached hereto and made a part hereof.

I, ARTHUR T. MARCELLO, for myself, heirs, executors, administrators and assigns covenant with the Grantee that I am the duly appointed and qualified Executor, appointed by said Probate Court, and as Executor, warrant title to the said premises afore described as fully as the above-mentioned authority allows me to do, against the claims and demands of all persons claiming by, through or under me as Executor of said Estate.

Grantor hereby certify that I have complied with the smoke detector law R.I. Gen. Laws §23-28.35-1 et seq. Grantor covenants that this transfer is such that no withholding under R.I. Gen. Laws § 44-30-71.3 is required as Nicholas Marcello was a resident Rhode Island.

IN WITNESS WHEREOF, the Grantor have signed, acknowledged and delivered these presents this 6th day of February, 2004

Arthur T. Marcello EXECUTOR

Arthur T. Marcello, Executor

STATE OF RHODE ISLAND
COUNTY OF KENT

In Warwick in said County, on the 6th day of February, 2004, before me personally appeared the above-named ARTHUR T. MARCELLO, to me known and known by me to be the parties executing the foregoing instrument and he acknowledged said instrument by him so executed to be his free act and deed, individually and in his capacity as Executor of the Estate of Nicholas Marcello.

Notary Public
My Commission Expires: 7/18/2005

Jeffrey F. Caffrey

Property Address:
557 Maple Avenue

A-1

RECEIVED FOR RECORD
Barrington, R.I. FEB - 9 2004
at 10:40 o'clock ____ M
Town Clerk

557 Maple Avenue
Barrington, RI 02806

EXHIBIT A

PARCEL NO. 1

A certain tract of land with all buildings and improvements thereon situated on the Northerly side of Maple Avenue in said Town of Barrington and bounded and described as follows:

Commencing at a point on the northerly side of said Maple Avenue 197 feet 4 inches westerly from the northwest corner of Barrington Avenue and Maple Avenue and running northerly 225 feet more or less to a corner; thence turning at right angles and running westerly, bounding northerly on land now or formerly of Joseph Palumbo and wife, 98 feet and 8 inches to a corner; thence turning at right angles and running southerly 225 feet more or less to the northerly line of said Maple Avenue; thence turning at right angles and running easterly along the northerly line of said Maple Avenue 98 feet, 8 inches to the place of beginning.

PARCEL NO. 2

And also that lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue at the southeasterly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1940 and recorded in the records of Land Evidence in said Barrington in Book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land now or lately of Guiseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventy five (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land two hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue seventy-five (75) feet to the point of beginning.

Excepting herefrom that portion of parcel number two (2) which has been previously conveyed by this grantor to Gayton A. Marcello and wife Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.

000431

ASSIGNMENT OF MORTGAGE

DIAMOND FUNDING CORPORATION (hereinafter "Diamond"), a Rhode Island corporation having its place of business in the City of Cranston, County of Providence, State of Rhode Island, holder of a mortgage by NUNO C. NEVES & NATALIA PAIVA-NEVES of 557 MAPLE AVENUE, BARRINGTON, RI 02806 to Diamond Funding Corporation, dated February 6, 2003, and recorded in Book 818 at Page 170 on Feb 9th, 2003 in the Records of Land Evidence of the TOWN of BARRINGTON, BRISTOL county in the said State, for consideration paid, in the sum of $ 160,000.00, assign said mortgage and note and claim secured thereby to:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ITS SUCCESSORS AND ASSIGNS
P.O. BOX 2026, FLINT, MI 48501-2026

IN WITNESS WHEREOF, said Diamond Funding Corporation has caused these presents to be fully executed by its President and Treasurer, the said Ava M. Martinelli, thereunto duly authorized this 6th day of FEBRUARY, 2003.

DIAMOND FUNDING CORPORATION

BY: [signature]
Ava M. Martinelli
President & Treasurer

STATE OF RHODE ISLAND
PROVIDENCE SC

In Cranston, in said county, on the 6th day of FEBRUARY, 2003, before me personally appeared Ava M. Martinelli, the President & Treasurer of Diamond Funding Corporation, known to me to be the party executing the foregoing instrument for and on behalf of said Corporation and she acknowledged said instrument by her so executed to be her free act and deed of Diamond Funding Corporation.

[signature]
Lucille J. Rocha
Notary Public

My commission Expires
September 8, 2007

MERS PHONE: 1-888-679-MERS
MIN #: 100037506009069353

RECEIVED FOR RECORD
Barrington, R.I. FEB - 9 2004
at 10:42 o'clock A M
[signature]
Town Clerk

BOOK 0838 PAGE 0182

A-3

REMOVE THIS STUB BEFORE CASHING

598 (7/03) 500/5000

THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

WAL*MART Financial Services (ISSUING AGENT)

07/17/2004 75-53/919

5327280339 MONEY ORDER

IMPORTANT - SEE BACK BEFORE CASHING

****$160.00**

ONE HUNDRED **** SIXTY DOLLARS ** 00 CENTS *******

PAY TO THE ORDER OF PROVIDENCE SUPERIOR COURT

NOT GOOD OVER

James Marcello

PURCHASER, SIGNER FOR DRAWER

PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

152 CROSS RD, STETSON, MAINE 04488

ADDRESS

TO AUTHENTICATE RUB HERE

ISSUER/DRAWER
TRAVELERS EXPRESS COMPANY, INC.

Payable Thru
WF National Bank
South Central
Faribault, MN

⑆091900533⑆532 7280339 7⑈ 90

53272803397

DETACH HERE

53272803397

TRAVELERS EXPRESS COMPANY, INC. DRAWER
P.O. BOX 9476, MINNEAPOLIS, MN. 55480
1-800-542-3590
PLEASE SEE TERMS ON REVERSE SIDE
DATE/AMOUNT

DETACH

EMPLOYEE

KEEP THIS STUB FOR YOUR RECORDS

LOAD THIS DIRECTION

LOAD THIS DIRECTION

**SERVICE CHARGE:**

If this Money Order is not used or cashed (presented for payment) within one year (three years in CA) of the purchase date, there will be a non-refundable service charge where not prohibited by law. The service charge will be deducted from the amount of payment shown on the Money Order. The service charge is thirty-five cents (twenty-five cents in CA) per month from the date of purchase, but not more than $29.40 ($21 in CA).

TO PROV.SUPERIOR COURT
FOR ENTRY FEE COMPLAINT
AGAINST:
NUNO C NEVES &
NATALIA PAIVA-NEVES
AT: 557 Maple Avenue
Barrington,RI

DO NOT CASH UNLESS THE MACHINE PRINTED DOLLARS LOOK LIKE THIS

***$1234

EXAMPLE ONLY. YOUR DOLLAR AMOUNT MAY DIFFER

**PURCHASER'S AGREEMENT:** You, the purchaser, agree to immediately complete this Money Order by filling in the front of this Money Order by signing, and addressing it at the bottom. The terms of this Money Order bind you, your heirs, or others who receive this Money Order from you.

**SERVICE CHARGE:** If this Money Order is not used or cashed (presented for payment) within one year (three years in CA) of the purchase date, there will be a non-refundable service charge where not prohibited by law. The service charge will be deducted from the amount of payment shown on the Money Order. The service charge is thirty-five cents (twenty-five cents in CA) per month from the date of purchase, but not more than $29.40 ($21 in CA).

**LIMITED RECOURSE:** This Money Order will not be paid if it has been forged, altered, or stolen, and recourse is only against the presenter. This means that persons receiving this money order should accept it only from those known to them and against whom they have effective recourse.

Payee's Endorsement:

For information concerning this Money Order, contact: TRAVELERS EXPRESS COMPANY, INC. P.O. BOX 9476 MINNEAPOLIS, MN 55480 1-800-542-3590

LOAD THIS DIRECTION

TRAVELERS EXPRESS COMPANY, INC. DRAWER
P.O. BOX 9476, MINNEAPOLIS, MN. 55480
1-800-542-3590
PLEASE SEE TERMS ON REVERSE SIDE
DATE/AMOUNT

598 (7/03) 500/5000

DETACH

EMPLOYEE

KEEP THIS STUB FOR YOUR RECORDS

53272803397

DETACH HERE

# STATE OF RHODE ISLAND
# SUPERIOR COURT

## CIVIL CASE COVER SHEET

Case * (Filled in by Clerk's Office)

This form must be filed with each original document that comences a civil proceeding in the Clerk's Office. If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will then be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| JAMES C. MARCELLO | NUNO C. NEVES &<br>NATALIA PAIVA-NEVES |

**NATURE OF PROCEEDING — Check the applicable case type under main categories listed below. (check one only)**

**District Court Appeal** ☐ Yes (check type below)

| | | |
|---|---|---|
| ☐ AGA Agency appeal | ☐ DTP Deceptive trade practice | ☐ PRN Promissory note |
| ☐ ANT Anti-trust | ☐ EXT Excessive tax | ☐ PRT Partition |
| ☐ ASB Assault and battery | ☐ FOR Forfeiture | ☐ RIC Reinstate charter |
| ☐ BKA Book account | ☐ FRJ Foreign Judgment | ☐ RLP Real property |
| ☐ CIC Criminal inj. compensation | ☐ IDV Personal inj./property dam-vehicle | ☐ ROF Recovery of funds |
| ☐ CLA Common law assignment | ☐ INR Injunctive relief | ☐ SAB Sexual abuse |
| ☐ CLL Common law lien | ☐ IPL Interpleader | ☐ SPP Specific performance |
| ☐ CON Contract | ☐ LIB Libel/slander | ☐ SXH Sexual harassment |
| ☐ CNV Conversion | ☐ MLE Malpractice/legal | ■ TAE Trespass and ejectment |
| ☐ CRC Criminal conversation | ☐ MME Malpractice/medical | ☐ TCO Title clearing (other than tax title) |
| ☐ CRJ Civil Rights Job Discrimination | ☐ MOT Malpractice/other | ☐ TCT Trustee/appt convey title |
| ☐ DEJ Declaratory judgment | ☐ PDM Property damage | ☐ TRA Trustee/accounting |
| ☐ DIN Recovery of damages/insurance | ☐ PDV Property damage / vehicle | ☐ UNM Uninsured motorist |
| ☐ DOJ Debt on judgment | ☐ PER Personal injury | ☐ WOM Mandamus. Writ of |
| ☐ DPC Denial of probate claim | ☐ PIV Personal injury-vehicle | ☐ WOR Replevin, Writ of |
| ☐ Other than above (specify type): | ☐ PRL Product liabilty | ☐ WRD Wrongful death |

**MISCELLANEOUS PETITIONS**

| | | |
|---|---|---|
| ☐ AOD Assessment of damages | ☐ EDP End partnership | ☐ PFR Petition for review |
| ☐ AOS Trustee successor | ☐ FOC Forfeiture of charter | ☐ PFS Perform surgery |
| ☐ AOT Trustee / appointment of | ☐ FRR Forclosure of right redemption | ☐ PIN Pet for inventory (wire tap) |
| ☐ ARA Arbitration award | ☐ GJI Grand jury investigation | ☐ PTD Pet to take deposition |
| ☐ CAR Arbitration /confirm | ☐ HAC Habeas corpus | ☐ PTE Petition to expunge |
| ☐ CFC Confirm compromise | ☐ LCN Level of community notification | ☐ R5A Rule 5A petition |
| ☐ CND Condemnation | ☐ MAW Material witness | ☐ REC Receivership |
| ☐ CNT Contempt | ☐ MEL Mechanics lien | ☐ RTA Arbitration referral |
| ☐ DOC Dissolution of corp. | ☐ OSW Out of state witness | ☐ SVP Sexually violent predator petition |
| ☐ DOT Trustee / declination of | ☐ PCR Post conviction relief | ☐ TCL Title clearing (tax title) |
| ☐ DSC Disclaimer | ☐ PFC Petition for constable | ☐ TLF Foreclosure / tax lien |
| ☐ Other than above (specify type): | ☐ PFI Petition for immunity | ☐ VAR Arbitration / vacate |

**PROBATE APPEALS**

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ Other than above (specify type):

Is this a case that may require a trial for resolution? ■ Yes ☐ No If yes: ☐ Jury or ☐ Non-jury

( Attorney name and Registration #________________________________ ________________(Date)

Pro se/Name JAMES C. MARCELLO JULY 17, 2004

James Marcello

SC-223 (Rev. 11/00)

Mr. James C. Marcello
152 Cross Road
Stetson, Maine 04488
Tel: (207)296-3433

July 17, 2004

**PROVIDENCE SHERIFF DEPARTMENT**
250 Benefit Street
Providence,RI 02903
Tel: (401)277-3510

**RE: JAMES C. MARCELLO vs. NUNO C. NEVES & NATALIA PAIVA-NEVES**
**CA NO: ____________**

Dear Providence Sheriff Department,

Enclosed for service is:

ONE ORIGINAL & COPY OF SUMMONS WITH COMPLAINT
TO BE SERVED UPON: NUNO C. NEVES

ONE ORIGINAL & COPY OF SUMMONS WITH COMPLAINT
TO BE SERVED UPON: NATALIA PAIVA-NEVES

SHERIFF FEE PAYMENT IN THE AMOUNT OF ($80.00)
MONEY ORDER #53272803408

SERVICE ADDRESS DEFENDANTS: 557 Maple Avenue
Barrington,RI 02806

If I can be of any assistance to you, please feel free to contact me at the above return address or phone.

Thankyou for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

CERTIFIED MAIL
RESTRICTED DELIVERY
ARTICLE #7000 0600 0022 1673 3232