EX. E

State of Rhode Island and Providence Plantations
Providence, ss. Superior Court.

| | | |
|---|---|---|
| JAMES C. MARCELLO | ] | |
| Plaintiff | ] | |
| vs. | ] | CA NO. PC-04-3972 |
| NUNO C. NEVES, ET AL | ] | |
| Defendants | ] | |

**PLAINTIFFS' DEMAND FOR TRIAL BY JURY PURSUANT TO RULE 38**

The plaintiff, James C. Marcello, in the above-entitled action pursuant to Rule 38 of Super.Ct.R.Civ.P., hereby makes a **DEMAND FOR TRIAL BY JURY** on all the issues so triable by a jury.

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
152 Cross Road
Stetson, Maine 04488
Tel: (207) 296-3433

To: James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road
Summit West - Suit 300
Warwick, RI 02886
Tel: (401) 738-4500

**CERTIFICATE OF SERVICE**

I hereby certify that on 8/30/04 I mailed a copy of the within to counsel of record James Moretti (#5092, 300 Centerville Road, Warwick, Rhode Island 02886.

James Marcello

JAMES C. MARCELLO

Mr. James C. Marcello
152 Cross Road
Stetson, Maine 04488
Tel: (207) 296-3433

August 30, 2004

Office of the Clerk
**PROVIDENCE SUPERIOR COURT**
250 Benefit Street
Providence, RI 02903
Tel: (401) 222-3250

**RE: JAMES C. MARCELLO vs. NUNO C. NEVES, ET AL**
**CA NO: PC-04-3972**

Dear Clerk of Court,

Enclosed for filing and designation upon the docket pursuant to Rule 39(a) is:

PLAINTIFFS' DEMAND FOR TRIAL BY JURY

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C. MARCELLO

CC: James Moretti (#5092)
(Counsel of Record for Defendants)