EX. G

James C Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

January 10, 2005

Office of the Clerk
PROVIDENCE SUPERIOR COURT
250 Benefit Street
Providence, RI 02903
(401) 222-3250

**RE: JAMES C MARCELLO vs. NUNO C NEVES, et al**
**CA NO: PC-04-3972**

Dear Clerk of Court,

Enclosed for filing is:

NOTICE TO DEFENDANTS OF DEFENSE ATTORNEY FAILURE TO OBJECT TO PLAINTIFFS MOTION TO ASSIGN DEMAND FOR TRIAL BY JURY R38

WITH ATTACHED OMNIBUS/MOTION TO ASSIGN/DEMAND FOR JURY

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

CC: Nuno & Natalia Paiva-Neves

# NOTICE TO DEFENDANTS

**NOTICE IS HEREBY GIVEN,** that on December 23, 2004 the plaintiff James C Marcello filed in this case a Motion to Assign the Plaintiffs Demand for Trial by Jury R38 respectively dated and filed on August 30, 2004, and to be called on the calendar for January 26, 2005 at 9:30 a.m. before a justice of this court, and as of this current date below, your defense attorney of record, Joe Moretti (#5092), has failed to file an objection to this assignment and demand.

A copy of the Motion to Assign & Ominbus Form dated 12/23/2004 and the Plaintiffs Demand for Trial by Jury R38 dated 8/30/2004 is attached for your convenience.

Respectively Submitted,

Dated: January 10, 2005

JAMES C MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION OF SERVICE

I, James C Marcello, hereby certify that on 01/10/2005 I mailed a copy of the within to defendants Nuno & Natalia Paiva-Neves at 557 Maple Avenue, Barrington, Rhode Island 02806.

JAMES C MARCELLO

State of Rhode Island and Providence Plantations
Providence, ss. Superior Court.

| | | |
|---|---|---|
| JAMES C. MARCELLO | ] | |
| Plaintiff | ] | |
| vs. | ] | CA NO. PC-04-3972 |
| NUNO C. NEVES, et al | ] | |
| Defendants | ] | |

MOTION TO ASSIGN

Pursuant to Super.Ct.R.Civ.P. Rule 40(a)(3), comes the plaintiff, James C. Marcello, the owner of the certain real property in question located at 557 Maple Avenue in the Town of Barrington RI, moves to assign the above matter for hearing on said plaintiffs' Demand For Trial By Jury pursuant to Rule 38 respectively dated August 30, 2004.

Said motion will be called for hearing before a Justice of said court at 9:30 a.m. on JANUARY 26, 2005, if objection is filed; otherwise said motion will be deemed granted by rule of court.

Respectively Submitted,

James Marcello

James C. Marcello
152 Cross Road
Stetson, Maine 04488
Tel: (207) 296-3433

To: James Moretti (#5092)
Resnick & Caffrey
300 Centervilled Rd.
Summit West-Suite 300
Warwick, RI 02886
Tel: (401) 738-4500

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.
Dated: December 23, 2004

James Marcello

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# OMNIBUS CALENDAR ASSIGNMENT FORM

SUPERIOR COURT

☒ PROVIDENCE/BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

1. JAMES C. MARCELLO
VS. NUNO C. NEVES & NATALIA PAIVA-NEVES

2. CASE NO. PC-04-3972

3. **REQUESTED CALENDAR ASSIGNMENT**

☒ J Jury Trial **TRIAL CALENDAR** ☐ N Non-Jury Trial

4. **FORMAL AND SPECIAL CAUSE CALENDAR**

☐ AGA Agency Appeal
☐ AOD Assessment of Damages
☐ CNA Confirm Arbitration
☐ CNP Contempt Proceedings
☐ DEJ Declaratory Judgment
☐ EOJ Entry of Judgment
☐ FFR First and Final Report
☐ FRR Foreclosure of Right of Redemption
☐ FRS Friendly Suit
☐ OPC Oral Proof of Claim
☐ MNJ Mandatory Injunction
☐ MEL Mechanic's Lien
☐ MAT Motion to Attach
☐ PRT Partition Proceedings
☐ PAT Petition to Appoint Temporary Receiver
☐ PEN Petition to Enforce
☐ PIN Petition for Instructions
☐ PRE Petition to Reclaim
☐ PES Petition to Sell
☐ PPI Preliminary Injunction
☐ POC Proof of Claim
☐ RCP Receivership Proceedings
☐ SUP Supplementary Proceedings
☐ TRO Temporary Restraining Order
☐ TIP Title Proceedings
☐ TSP Trustee Proceedings
☐ VAR Vacate Arbitration
☐ WOM Writ of Mandamus
☐ WOR Writ of Replevin

☐ OTH Other FSC Matter

**DISPOSITIVE MOTION CALENDAR (TUESDAYS, PROV. ONLY)**

☐ MTD Motion to Dismiss, Under Rule 12
☐ MJP Motion for Entry of Judgment on Pleadings
☐ MPS Motion for Partial Summary Judgment
☐ MSJ Motion for Summary Judgment

☐ MTN Other Dispositive Motion

HEARING DATE 01/26/2005 FSC/MOTION CAL. CLERK DATE

5. **SPECIAL MASTER CALENDAR**

☐ CIC Criminal Injury Compensation HEARING DATE CLERK

6. **METHOD OF ASSIGNMENT**

☒ Motion to Assign ☐ Stipulation to Assign ☐ Court Order Pursuant to Temporary Ex Parte Order

BASED ON METHOD OF ASSIGNMENT, STATE ANY RELEVANT INFORMATION BELOW

MOTION TO BE CALLED FOR HEARING ON JANUARY 26, 2005
AT 9:30 A.M.
GRDS -- FRAUDULENT SCHEME TO OBTAIN REAL PROPERTY
See (R.I.--National Credit Union Admin.Bd. v. [illegible],..)
PLAINTIFFS' DEMAND FOR TRIAL BY JURY

7. ATTORNEYS DATE DECEMBER 23, 2004

Signatures James Marcello (Plantiff's) (Defendant's)

Print Name JAMES C. MARCELLO

8. DATE / TIME STAMP

SR-11 (Rev. 2/91)

PLAINTIFF'S ATTORNEY

State of Rhode Island and Providence Plantations
Providence, ss. Superior Court.

| | | |
|---|---|---|
| JAMES C. MARCELLO | ] | |
| Plaintiff | ] | |
| vs. | ] | CA NO. PC-04-3972 |
| NUNO C. NEVES, ET AL | ] | |
| Defendants | ] | |

**PLAINTIFFS' DEMAND FOR TRIAL BY JURY**
**PURSUANT TO RULE 38**

The plaintiff, James C. Marcello, in the above-entitled action pursuant to Rule 38 of Super.Ct.R.Civ.P., hereby makes a **DEMAND FOR TRIAL BY JURY** on all the issues so triable by a jury.

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
152 Cross Road
Stetson, Maine 04488
Tel: (207) 296-3433

To: James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road
Summit West - Suit 300
Warwick, RI 02886
Tel: (401) 738-4500

CERTIFICATE OF SERVICE

I hereby certify that on 8/30/04 I mailed a copy of the within to counsel of record James Moretti (#5092, 300 Centerville Road, Warwick, Rhode Island 02886.

James Marcello

JAMES C. MARCELLO