EX. I

29.03

State of Rhode Island and Providence Plantations
Providence, ss. Superior Court.

Rubine

JAMES C. MARCELLO ]
Plaintiff ]
vs. ] CA NO. PC-04-3972
NUNO C. NEVES, et al ]
Defendants ]

ORDER

This matter was scheduled to come before the Court on the 26th day of January, 2005, upon plaintiff's motion to assign said plaintiff's Demand For Trial By Jury pursuant to Rule 38 dated and filed August 30, 2004.

On the 20th day of October, 2004, both parties present before the Honorable Justice Rubine on plaintiff's motion to assign the case for trial, defendant's attorney Joe Moretti presented an objection to plaintiff's expedited trial on the basis that said plaintiff has demanded a trial by jury and that he would object if said plaintiff raises the demand before the court.

On the ~~10th~~ 12th day of January, 2005, said plaintiff served upon the defendants a notice that their attorney has to that point in time, failed to file an objection to said plaintiff assignment to the calendar for todays hearing.

THEREFORE, No objection having been filed, it is hereby ORDERED, ADJUDGED and DECREED:

1. the plaintiff's Demand For Trial By Jury is GRANTED by rule of court;

2. the Clerk is hereby ORDERED to designate the action upon the docket as a jury action pursuant to Rule 39(a).

ENTERED AS AN ORDER OF THIS HONORABLE COURT ON ____________

ENTERED: PER ORDER: Linda B Parsons

____________________

Presented By:
James Marcello
James C. Marcello
152 Cross Road
Stetson, ME 04488
Tel: (207) 296-3433

SUPERIOR COURT
FILED
05 FEB -9 AM 11:44

CERTIFICATION

I hereby certify that on 02/07/2005, I mailed a copy of the within to Joe ~~Moretti(#5092), 300 Centerville Rd., Warwick,RI 02886,~~ and Nuno & Natalia Paiva-Neves, 557 Maple Avenue, Barrington,RI 02806.

James Marcello