EX. K

17 3·30·05

RESNICK AND CAFFREY
Attorneys at Law

300 Centerville Road • Suite 300
Summit West • Warwick, RI 02886
401-738-4500 • Fax 401-738-5892

*Sanford J. Resnick*
*Jeffrey F. Caffrey*
*James Moretti*

*Ralph E. Stokes, of Counsel*

March 30, 2005

James Marcello
152 Cross Road
Stetson, Maine 04488

Re: Marcello v Neves, et al

Dear Mr. Marcello:

Please find enclosed the proposed order and proposed judgment resulting from the hearing on March 29, 2005. If I do not hear from you within seven days from today's date, I will have the order and judgment entered.

Thank you.

Sincerely,

James Moretti

cc: client file

DRAFT

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

**JAMES MARCELLO**

**V**

**CA NO. PC 04-3972**

**NUNO NEVES and**
**NATALIA PAIVA**

**ORDER GRANTING DEFENDANTS' MOTION**
**FOR SUMMARY JUDGMENT**

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to defendants' motion for summary judgment and plaintiff's counter-motion for summary judgment. After hearing thereon, it is hereby ORDERED:

1. That the defendants' motion for summary judgment is granted and the plaintiff's counter-motion for summary judgment is denied. This matter is hereby dismissed with prejudice.

[redacted]

ENTERED AS AN ORDER OF THIS HONORABLE COURT ON

_______________.

ENTER:

PER ORDER:

_________________________

_________________________

Presented By:

_________________________

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

DRAFT

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

**JAMES MARCELLO**

**V**

**CA NO. PC 04-3972**

**NUNO NEVES and**
**NATALIA PAIVA - NEVES**

**JUDGMENT**

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to defendants' motion for summary judgment and plaintiff's counter-motion for summary judgment. After hearing thereon, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Judgment is entered in favor of defendants and the plaintiff's complaint is dismissed with prejudice.

[redacted]

ENTERED AS A JUDGMENT OF THIS HONORABLE COURT ON

_______________.

ENTER:

PER ORDER:

__________________________ __________________________

Presented By:

__________________________

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500