# EX. L

15

4.4.05

James C Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

April 4, 2005

Office of the Clerk
**PROVIDENCE SUPERIOR COURT**
250 Benefit Street
Providence, RI 02903
(401) 222-3250

**RE: MARCELLO vs. NEVES, et al**
**CA NO. PC-04-3972**

Dear Clerk of Court,

Enclosed for filing is:

PROPOSED ORDER

PROPOSED JUDGMENT

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc:(w/encls.) to:

Attorney of Record

Joe Moretti(#5092)

Joint Defendants

Nuno & Natalia Neves

State of Rhode Island and Providence Plantations
Providence, ss. Superior Court.

| | | |
|---|---|---|
| JAMES C. MARCELLO | ] | |
| Plaintiff | ] | |
| vs. | ] | CA NO. PC-04-3972 |
| NUNO C. NEVES, et al | ] | |
| Defendants | ] | |

## ORDER

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to plaintiff's affidavits and consolidated memorandums of law in opposition to and in support of a motion for summary judgment and defendants' motion for summary judgment and objection.

Plaintiffs certified mailed papers, were not delivered by the clerk into this court room this morning, but remained in the 5th floor clerks office.

The court took plaintiffs summary judgment papers with original certified cards served on the clerk's office and parties, along with omnibus calendar form, and court read said plaintiff's papers in silence of the record.

Plaintiff proceeded from memory his argument while said papers remained on the courts bench.

After hearing thereon, it is hereby ORDERED:

1. That the defendants' motion for summary judgment is granted in portion dismissing plaintiffs complaint.

2. That the defendants request to dismiss said plaintiff's complaint with prejudice is DENIED.

**ENTERED AS A ORDER OF THIS HONORABLE COURT ON ________**

**ENTER:** ______________________

**PER ORDER:** ______________________

Presented By:

James Marcello

James C. Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

CERTIFICATION

I hereby certify that I have mailed on APRIL 4, 2005, a conformed copy of the within to Joe Moretti(#5092), 300 Centerville Rd. #300W, Warwick,RI 02886, and to Nuno & Natalia Paiva-Neves, 557 Maple Ave, Barrington,RI 02806.

James Marcello

State of Rhode Island and Providence Plantations
Providence, ss. Superior Court.

| | | |
|---|---|---|
| JAMES C. MARCELLO | ] | |
| Plaintiff | ] | |
| vs. | ] | CA NO. PC-04-3972 |
| NUNO C. NEVES, et al | ] | |
| Defendants | ] | |

## JUDGMENT

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to plaintiff's affidavits and consolidated memorandums of law in opposition to and in support of a motion for summary judgment and defendants' motion for summary judgment and objection.

Plaintiffs certified mailed papers, were not delivered by the clerk into this court room this morning, but remained in the 5th floor clerks office.

The court took plaintiffs summary judgment papers with original certified cards served on the Clerk's Office and parties, along with omnibut calendar form, and court read said plaintiff's papers in silence of the record.

Plaintiff proceeded from memory his argument while said papers remained on the courts bench.

After hearing thereon, it is hereby ORDERED, ADJUDGED, & DECREED

1. Judgment is entered in favor of defendants and the plaintiff's complaint is dismissed without prejudice.

**ENTERED AS A JUDGMENT OF THIS HONORABLE COURT ON** ____________

**ENTER:** ______________________ **PER ORDER:** ______________________

Presented By:

James Marcello [signature]

James C. Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I hereby certify that I have mailed on APRIL 4, 2005, a conformed copy of the within to Joe Moretti(#5092), 300 Centerville Rd. # 300W, Warwick,RI 02886, and to: Nuno & Natalia Paiva-Neves, 557 Maple Avenue, Barrington,RI 02806.

James Marcello [signature]