EX. M

40 4-8-05

James C Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

April 8, 2005

Office of the Clerk
**PROVIDENCE SUPERIOR COURT**
250 Benefit Street
Providence, RI 02903
(401) 222-3250

**RE: MARCELLO vs. NEVES, et al
PC-04-3972**

Dear Clerk of Court,

Enclosed for filing is:

OMNIBUS CALENDAR ASSIGNMENT FORM

MOTION TO OPEN OR SET ASIDE ORDER (NOTICE & CERTIFICATION)

MOTION FOR REHEARING AND REARGUMENT (NOTICE & CERTIFICATION)

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc: (w/encls) to:

Attorney of Record
Joe Moretti(#5092)
Joint Defendants
Nuno & Natalia Neves
Lori Dias,Calendar Clerk(3rd Flr-Ct.Rm.1)

James C Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

April 8, 2005

Lori Dias,Calendar Clerk
**PROVIDENCE SUPERIOR COURT**
250 Benefit Street
3rd Floor - Court Rm.1
Providence, RI 02903
(401) 222-8688

**RE: MARCELLO vs. NEVES, et al**
**PC-04-3972**

Dear Lori,

Enclosed is a calendar clerk copy of omnibus calendar assignment form requesting an assignment for 4/19/05 before Justice Savage on plaintiffs' motion to open or set aside order and plaintiffs motion for rehearing and reargument.on both parties summary judgment motions heard on 3/29/05.

A copy of each is attached.

I am 400 miles away and outside of Bangor Maine and usually bus down to Providence and arrive at 1:00 p.m.

Would you be kind enough to schedule this matter at the requested date or at a convenient date for Judge Savage ?

Please feel free to contact me if I can be of assistance to any concerns of yours.

Thank you for your assistacne in the matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc: (w/encls) to:

Joe Moretti(#5092)
Nuno & Natalia Neves
Office of the Clerk

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# OMNIBUS CALENDAR ASSIGNMENT FORM

SUPERIOR COURT

☒ PROVIDENCE/BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

1. JAMES C. MARCELLO
VS.
NUNO C. NEVES and NATALIA PAIVA-NEVES

2. CASE NO. PC-04-3972

3. **REQUESTED CALENDAR ASSIGNMENT**

☒ J Jury Trial **TRIAL CALENDAR** ☐ N Non-Jury Trial

4. **FORMAL AND SPECIAL CAUSE CALENDAR**

☐ AGA Agency Appeal
☐ AOD Assessment of Damages
☐ CNA Confirm Arbitration
☐ CNP Contempt Proceedings
☐ DEJ Declaratory Judgment
☐ EOJ Entry of Judgment
☐ FFR First and Final Report
☐ FRR Foreclosure of Right of Redemption
☐ FRS Friendly Suit
☐ OPC Oral Proof of Claim
☐ MNJ Mandatory Injunction
☐ MEL Mechanic's Lien
☐ MAT Motion to Attach
☐ PRT Partition Proceedings
☐ PAT Petition to Appoint Temporary Receiver
☐ PEN Petition to Enforce
☐ PIN Petition for Instructions
☐ PRE Petition to Reclaim
☐ PES Petition to Sell
☐ PPI Preliminary Injunction
☐ POC Proof of Claim
☐ RCP Receivership Proceedings
☐ SUP Supplementary Proceedings
☐ TRO Temporary Restraining Order
☐ TIP Title Proceedings
☐ TSP Trustee Proceedings
☐ VAR Vacate Arbitration
☐ WOM Writ of Mandamus
☐ WOR Writ of Replevin

☐ OTH Other FSC Matter

**DISPOSITIVE MOTION CALENDAR (TUESDAYS, PROV. ONLY)**

☐ MTD Motion to Dismiss, Under Rule 12
☐ MJP Motion for Entry of Judgment on Pleadings
☐ MPS Motion for Partial Summary Judgment
☒ MSJ Motion for Summary Judgment

☐ MTN Other Dispositive Motion MOTION FOR REHEARING AND REARGUMENT

HEARING DATE 4/19/05 FSC/MOTION CAL. CLERK DATE

5. **SPECIAL MASTER CALENDAR**

☐ CIC Criminal Injury Compensation HEARING DATE CLERK

6. **METHOD OF ASSIGNMENT**

☐ Motion to Assign ☐ Stipulation to Assign ☐ Court Order Pursuant to Temporary Ex Parte Order

BASED ON METHOD OF ASSIGNMENT, STATE ANY RELEVANT INFORMATION BELOW

TO BE REASIGNED TO JUSTICE SAVAGE CALENDAR
MOTION TO OPEN AND SET ASIDE ORDER
ON ORIGINAL MOTIONS AND PAPERS ONLY OF PL & DEF

7. ATTORNEYS DATE 4/8/05

Signatures James Marcello (Plaintiff's) (Defendant's)

Print Name JAMES C. MARCELLO, pro se

8. DATE / TIME STAMP

SR-11 (Rev. 2/91)

PLAINTIFF'S ATTORNEY

State of Rhode Island and Providence Plantations
Providence, ss. Superior Court.

| | | |
|---|---|---|
| JAMES C. MARCELLO | ] | |
| Plaintiff | ] | |
| vs. | ] | CA NO. PC-04-3972 |
| NUNO C. NEVES, et al | ] | |
| Defendants | ] | |

## MOTION TO OPEN OR SET ASIDE ORDER

Now come the plaintiff, pursuant to S.C.R.Civ.P. Rule 59(e), hereby move that the order on March 29, 2005 of Justice Savage granting the defendants motion for summary judgment dismissing the plaintiffs complaint be open or set aside, until redetermination on plaintiffs leave for motion for rehearing and reargument, within, has been reheard.

WHEREFORE, the plaintiff prays that the motion to open or set aside order be GRANTED.

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 296-3433

## NOTICE TO OPEN/SET ASIDE ORDER

This matter shall be called for hearing on APRIL 19,2005 before Justice Savage who made this decision on the original hearing 3/29/05 in the Providence County Superior Court, 250 Benefit St., Providence,RI 02903.

James Marcello

## CERTIFICATION

I hereby certify that I have served a copy of the within to Joe Moretti(#5092), 300 Centerville Rd., Warwick,RI 02886, and to Nuno & Natalia Paiva Neves, 557 Maple Ave., Barrington,RI 02806 on APRIL 8,2005 by regular mail postage prepaid.

James Marcello

State of Rhode Island and Providence Plantations
Providence, ss. Superior Court.

JAMES C. MARCELLO ]
Plaintiff ]
vs. ] CA NO. PC-04-3972
NUNO C. NEVES, et al ]
Defendants ]

MOTION FOR REHEARING AND REARGUMENT

Now come the plaintiff, pursuant to S.C.R.Civ.P. Rule 59, moves that leave be granted for a rehearing and a reargument on the summary judgment hearing filed by both parties assigned and heard on March 29, 2005.

The plaintiff moves as grounds as follows:

<u>1st Ground</u>

MISCARRIAGE OF JUSTICE

<u>2nd Ground</u>

DEFENDANTS OBSTRUCTION AND PERVERSION OF JUSTICE

<u>3rd Ground</u>

DEFENDANTS FRAUD IN PROCURING THE JUDGMENT

<u>4th Ground</u>

DEFENDANTS COLLUSION WITH CLERK TO CONCEALMENT OF PLAINTIFFS SUMMARY JUDGMENT PAPERS FROM FILE

<u>5th Ground</u>

DEFENDANTS HINDER EXECUTION OF LAW WITH INTENT TO DEPRIVE PLAINTIFF OF TIMELY DEMAND FOR JURY TRIAL

WHEREFORE, the plaintiff prays that leave to rehearing and reargument be GRANTED.

Respectively Submitted,

*James Marcello*

JAMES C. MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I hereby certify that I have served a conformed copy of the within on APRIL 8, 2005 by regular mail postage prepaid to: counsel of record--Joe Moretti(#5092), 300 Centerville Rd 300W, Warwick,RI 02886; and to: joint defendants--Nuno & Natalia Paiva-Neves, 557 Maple Avenue, Barrington,RI 02806.

*James Marcello*

JAMES C. MARCELLO

## NOTICE OF REARGUMENT

This matter shall be called for rehearing and reargument on APRIL 19, 2005 before Justice Savage who made a decision on the original hearing 3/29/05 in the Providence County Superior Court, 250 Benefit Street, Providence,RI 02903.

*James Marcello*

JAMES C. MARCELLO