# EX • N

77

4-6-05

R&C
RESNICK AND CAFFREY
Attorneys at Law

300 Centerville Road • Suite 300
Summit West • Warwick, RI 02886
401-738-4500 • Fax 401-738-5892

Sanford J. Resnick
Jeffrey F. Caffrey
James Moretti
Ralph E. Stokes, of Counsel

April 6, 2005

**Via Hand Delivery**

Providence County Superior Court
Clerk's Office
250 Benefit Street
Providence, RI 02903

Re: Marcello v Neves, et al
CA NO. PC 04-3972

Dear Clerk's Office:

Please find the enclosed defendants' motion for entry of order and judgment and defendants' objection to plaintiff's proposed order and judgment for filing.

Please put the motion down for April 28, 2005.

Thank you.

Sincerely,

James Moretti

cc: client file
James Marcello

4.28.05

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

**JAMES MARCELLO**

**V**

**CA NO. PC 04-3972**

**NUNO NEVES and**
**NATALIA PAIVA**

**<u>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to defendants' motion for summary judgment and plaintiff's counter-motion for summary judgment. After hearing thereon, it is hereby ORDERED:

1. That the defendants' motion for summary judgment is granted and the plaintiff's counter-motion for summary judgment is denied. This matter is hereby dismissed with prejudice.

[redacted]

ENTERED AS AN ORDER OF THIS HONORABLE COURT ON

______________ .

ENTER: PER ORDER:

_________________________ _________________________

Presented By:

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on 4/28/05 hand delivered I ~~mailed~~ a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488.

[signature]

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

**JAMES MARCELLO**

**V**

**CA NO. PC 04-3972**

**NUNO NEVES and**
**NATALIA PAIVA - NEVES**

**JUDGMENT**

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to defendants' motion for summary judgment and plaintiff's counter-motion for summary judgment. After hearing thereon, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Judgment is entered in favor of defendants and the plaintiff's complaint is dismissed with prejudice.

ENTERED AS A JUDGMENT OF THIS HONORABLE COURT ON

______________ .

ENTER: PER ORDER:

________________________ ________________________

Presented By:

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on 4/28/05 ~~I mailed~~ hand delivered a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488.

[signature]

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JAMES MARCELLO

V

CA NO. PC 04-3972

NUNO NEVES and
NATALIA PAIVA-NEVES

**DEFENDANTS' MOTION FOR ENTRY OF ORDER AND JUDGMENT**

Now comes defendants and hereby move for entry of their proposed order and judgment resulting from their motion for summary judgment, which was granted by this Honorable Court on March 29, 2005. Further, defendants state:

1. Defendants proposed an order and judgment to plaintiff on March 30, 2005 (Ex. A).

2. Without proposal to counsel, Plaintiff has presented his own order and judgment which does not accurately reflect the ruling, record or status of the law. He further submits purported findings and conditions, even though he did not prevail.

3. Defendants request that their proposed order and judgment be entered.

WHEREFORE Defendants pray that their proposed order and judgment enter after being granted summary judgment.

James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**NOTICE OF HEARING**

This matter shall be heard on April 28, 2005

James Moretti

**CERTIFICATION**

I hereby certify that on 4/6/05 I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, ME 04488.

[signature]

# EXHIBIT A

RESNICK AND CAFFREY
Attorneys at Law

300 Centerville Road • Suite 300
Summit West • Warwick, RI 02886
401-738-4500 • Fax 401-738-5892

Sanford J. Resnick
Jeffrey F. Caffrey
James Moretti
Ralph E. Stokes, of Counsel

March 30, 2005

James Marcello
152 Cross Road
Stetson, Maine 04488

Re: Marcello v Neves, et al

Dear Mr. Marcello:

Please find enclosed the proposed order and proposed judgment resulting from the hearing on March 29, 2005. If I do not hear from you within seven days from today's date, I will have the order and judgment entered.

Thank you.

Sincerely,

Jim Moretti

James Moretti

cc: client file

DRAFT

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JAMES MARCELLO

V

CA NO. PC 04-3972

NUNO NEVES and
NATALIA PAIVA

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to defendants' motion for summary judgment and plaintiff's counter-motion for summary judgment. After hearing thereon, it is hereby ORDERED:

1. That the defendants' motion for summary judgment is granted and the plaintiff's counter-motion for summary judgment is denied. This matter is hereby dismissed with prejudice.

ENTERED AS AN ORDER OF THIS HONORABLE COURT ON

______________.

ENTER: PER ORDER:

______________________________ ______________________________

Presented By:

______________________________
James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488.

______________________________

DRAFT

STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC

JAMES MARCELLO

V CA NO. PC 04-3972

NUNO NEVES and
NATALIA PAIVA - NEVES

## JUDGMENT

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to defendants' motion for summary judgment and plaintiff's counter-motion for summary judgment. After hearing thereon, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Judgment is entered in favor of defendants and the plaintiff's complaint is dismissed with prejudice.

ENTERED AS A JUDGMENT OF THIS HONORABLE COURT ON

______________.

ENTER: PER ORDER:

______________________ ______________________

Presented By:

______________________
James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488.

____________________________