EX. O

State of Rhode Island and Providence Plantations
Providence, ss. Superior Court.

| | | |
|---|---|---|
| JAMES C. MARCELLO | ) | |
| Plaintiff | ) | |
| vs. | ) | CA NO. PC-04-3972 |
| NUNO C. NEVES, et al | ) | |
| Defendants | ) | |

## ORDER

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to plaintiff's and defendants' motions for summary judgment and objections on both sides.

On April 28, 2005 this matter was furthered before the Honorable Justice Savage on plaintiff's motion to open and set aside order of 3/29/05 and for rehearing on same papers, and on defendants' motion to enter judgment & objection.

At the April 28, 2005 hearing, plaintiff argued that his certified mailed summary judgment papers were concealed from the 3/29/05 hearing and remained in 5th floor clerks office by subsequent investigation by court clerk and plaintiff.

Plaintiff further argued that defendants' summary judgment was a perversion of justice and abuse of it with intent and resulting in depriving plaintiff of timely demand for jury trial.

After hearing thereon, it is hereby ORDERED:

1. That the plaintiff's motion to set aside and rehearing **DENIED.**

2. That the defendant's motion for summary judgment **GRANTED**

3. The plaintiffs complaint is hereby dismissed.

**ENTERED AS AN ORDER OF THIS HONORABLE COURT ON** ____________

**ENTER:** ____________________

**PER ORDER:** ____________________

**Presented By:**

James Marcello (signature)
James C Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**Certification**

I hereby certify that I have mailed on MAY 2, 2005, a conformed copy of the within to Joe Moretti(#5092), 300 Centerville Rd - 300W, Warwick,RI 02886, and to: Nuno & Natalia Paiva-Neves, 557 Maple Ave, Barrington,RI 02806.

James Marcello (signature)

5.2.05

James C Marcello
152 Cross Rd
Stetson, ME 04488
207-296-3433

May 2, 2005

Office of the Clerk
**PROVIDENCE SUPERIOR COURT**
250 Benefit St
Providence, RI 02903
401-222-3250

**RE: MARCELLO vs. NEVES, et al**
**CA NO. PC-04-3972**

Dear Clerk of Court,

Enclosed for filing is:

**PLAINTIFF'S PROPOSED ORDER**

Please bring this to Justice Savage attention at your earliest convenience.

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc: (w/encls.)

Joe Moretti(#5092)
Nuno & Natalia Neves