EX. P

RESNICK
CAFFREY

May 2, 2005

Mr. James Marcello
152 Cross Road
Stetson, Maine 04488

Re: Marcello v Neves, et al

Dear Mr. Marcello:

Please find enclosed:

1. The proposed Order from the hearings on March 29, 2005 and April 28, 2005;
2. The proposed Judgment from the hearings on March 29, 2005 and April 28, 2005, and;
3. The proposed Order from the hearing on your Motions on April 28, 2005.

If I do not hear from you within seven (7) days from the date of this correspondence, I will then enter said Orders and Judgment. Thank you.

Sincerely,

James Moretti

cc: client file

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JAMES MARCELLO

Vs.

CA NO. PC04-5972

DRAFT

NUNO NEVES and
NATALIA PAIVA

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to the Defendants' Motion for Summary Judgment and Plaintiff's Counter-Motion for Summary Judgment. It was further heard on April 28, 2005, on the Defendants' Motion for Entry of Order and Judgment. After hearing thereon, it is hereby ORDERED THAT:

1. That the Defendants' Motion for Summary Judgment is granted.
2. The Plaintiff's Counter-Motion for Summary Judgment is denied.
3. The underlying record will serve to supplement this Order.

ENTERED AS AN ORDER OF THIS HONORABLE COURT ON THIS THE _____ DAY OF _____________, 2005 .

ENTER:

PER ORDER:

_______________________

_______________________

Presented By:

_______________________

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road
Suite 300~ Summit West
Warwick, Rhode Island 02886
401.738.4500

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

**JAMES MARCELLO**

**Vs**

**CA NO. PC 04-3**[illegible] **DRAFT**

**NUNO NEVES and**
**NATALIA PAIVA - NEVES**

# JUDGMENT

This matter came before the Honorable Justice Savage on March 29, 2005, pursuant to the Defendants' Motion for Summary Judgment and the Plaintiff's Counter-Motion for Summary Judgment. It ws further heard on April 28, 2005 on the Defendants' Motion for Entry of Order and Judgment. After hearing thereon, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Judgment is awarded in favor of Defendants.
2. The Plaintiff's Complaint is dismissed.
3. The underlying record will serve to supplement this Judgment.

ENTERED AS A JUDGMENT OF THIS HONORABLE COURT ON THIS THE ____ DAY OF ____________, 2005 .

ENTER:

______________________

PER ORDER:

______________________

Presented By:

______________________

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road
Suite 300~ Summit West
Warwick, Rhode Island 02886
401.738.4500

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

**JAMES MARCELLO**

**Vs.**

**CA NO. PC 04-3972**

**NUNO NEVES and**
**NATALIA PAIVA**

DRAFT

# ORDER

This matter came before the Honorable Justice Savage on the 28th day of April, 2005, pursuant to the Plaintiff's Motion for Rehearing and Re-Argument and Plaintiff's Motion to Open or To Set Aside. After hearing thereon, it is hereby ORDERED:

1. That the Plaintiff's Motion for Rehearing and Re-Argument and Plaintiff's Motion to Open or To Set Aside are denied.

ENTERED AS AN ORDER OF THIS HONORABLE COURT ON THIS THE ____ DAY OF ____________, 2005 .

ENTER:

PER ORDER:

______________________

______________________

Presented By:

______________________

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road
Suite 300~ Summit West
Warwick, Rhode Island 02886
401.738.4500