EX. Q

5-4-05

State of Rhode Island and Providence Plantations
Providence, ss. Superior Court.

| | | |
|---|---|---|
| JAMES C. MARCELLO | ) | |
| Plaintiff | ) | |
| vs. | ) | CA NO. PC-04-3972 |
| NUNO C. NEVES, et al | ) | |
| Defendants | ) | |

**PLAINTIFF'S OBJECTION AND MOTION FOR COURT TO ENTER ORDER UNDER SUPER.Ct.R.Civ.P. Rule 5(g)**

Now comes plaintiff and hereby objects to both the decisions of this honorable court on March 29, 2005 granting defendants summary judgment dismissing plaintiff's complaint and the decision on April 28, 2005 denying plaintiff's motion to open and set aside 3/29/05 decision and for rehearing and reargument, and denying plaintiffs summary judgment on 3/29/05.

Furthmore, plaintiff objects to the defendants proposed order granting defendants motion for summary judgment and the proposed judgment and the proposed order respectively received on May 4, 2005, and states grounds as follows:

**GROUNDS TO OBJECTIONS**

**DEFENDANTS OBTAIN ALL DECISIONS BY FRAUD OR COLLUSION**

**Memorandum of Law**

Super.Ct.R.Civ.P. Rule 5(g) provides:
**.....If more than one proposed order is filed, or if objection is filed within said 4 days, the order shall be entered only by the court.**

Both parties have filed proposed orders and objections have been timely filed.

**THEREFORE**, the plaintiffs prays that court only enter order

Respectively Submitted,
James Marcello
JAMES C MARCELLO
152 Cross Rd
Stetson, ME 04488

**CERTIFICATION**

I hereby certify that I have mailed on MAY 4, 2005, a conformed copy of the within to Joe Moretti(#5092), 300 Centerville Rd, Warwick,RI 02886, and to: Nuno & Natalia Paiva-Neves, 557 Maple Avenue, Barrington,RI 02806.

James Marcello

James C Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

May 4, 2005

Office of the Clerk
**PROVIDENCE SUPERIOR COURT**
250 Benefit Street
Providence, RI 02903
(401) 222-3250

**RE: MARCELLO vs. NEVES, et al**
**CA NO. PC-04-3972**

Dear Clerk of Court,

Enclosed for filing is:

**PLAINTIFF'S OBJECTION AND MOTION FOR COURT TO ENTER ORDER UNDER SUPER.Ct.R.Civ.P. Rule 5(g)**

**CERTIFICATION**

Please bring this to Justice Savage attention at your earliest convenience.

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc: (w/encls.)

Joe Moretti(#5092)
Nuno & Natalia Neves