IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

[redacted] 05 243ML

JAMES C. MARCELLO )
Plaintiff )
vs. ) CA. NO. ______________
NUNO C. NEVES and )
NATALIA PAIVA-NEVES )
Defendants )

FILED
JUN 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR JOINER OF CLAIMS, REMEDIES, AND PARTIES PURSUANT TO FED.R.Civ.P. RULES 18,19,&20**

Now come the plaintiff and hereby prays that the motion to enjoin the claims, remedies, and parties to the civil action before this court entitled (**MARCELLO, et al vs. DESANO, et al & "STATE OF RI"** - **CA. NO. 05-004 ML**), with the above action may be **GRANTED**, upon terms as this honorable court deems necessary, fair, and just.

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 296-3433

**NOTICE OF HEARING**

Said motion will be called for hearing before a Justice of said court at __________, on __________ __, ____, at the U.S. District Court of Rhode Island, One Exchange Terrace, Providence, RI 02903, in Room __, __ floor, if objection is filed; otherwise said motion will be deemed granted by rule of court.

James Marcello

**CERTIFICATION**

I hereby certify that I have mailed on ______________, a conformed copy of the with by first class mail, postage pre-paid to counsels of record: Marc DeSisto, 211 Angell St, Providence,RI 02906, Robert W. Smith, 155 S Main St, Providence, RI 02903, and Thomas A. Palombo,AAG, 150 S Main St, Providence, RI 02903, and Joe Moretti(#5092), 300 Centerville Rd, Warwick, RI 02886.

James Marcello