James C. Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

June 4, 2005

David A. DiMarzio,Clerk
U.S DISTRICT COURT OF RI
One Exchange Terrace
Providence, RI 02903
(401) 752-7200

RE:

**MARCELLO, ET AL**
**vs.**
**DESANO, ET AL & RHODE ISLAND**
**C.A. NO. 05-004 ML**

RE:

**JAMES C. MARCELLO**
**vs.**
**NUNO C. NEVES & NATALIA PAIVA-NEVES**
**C.A. NO. 05-243 ML**

Dear Mr. DiMarzio,

Enclosed for filing is:

**NOTICE TO ALL COUNSEL OF RECORD**

**NOTICE IS HEREBY GIVEN,** that on June 2, 2005 a petition for removal of action suit has been filed in reference to the above second named action.

A copy of the case assignment form is hereby attached.

**FURTHER NOTICE IS GIVEN,** that a motion to enjoin the actions and parties was filed on June 2, 2005, by which pending court decision, counsel may have opportunity to present objection.

A copy of the prepared motion for enjoiner of claims is hereby attached.

Respectively Submitted,

JAMES C. MARCELLO
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I hereby certify that I have mailed on **JUNE 4, 2005,** a conformed copy of the within by first class mail, postage pre-paid to counsels of record in (C.A. NO. 05-004 ML): Marc DeSiSto(#2757), 211 Angell St, Providence,RI 02906, Robert W. Smith(#1874), 155 S Main St, Providence,RI 02903, Thomas A. Palombo(#4212), 150 S Main St, Providence,RI 02903; and to counsel of record in (C.A. NO. 05-243 ML): Joe Moretti(#5092), 300 Centerville Rd, Warwick,RI 02886.

JAMES C. MARCELLO

David A. DiMarzio
Clerk of Court

# UNITED STATES DISTRICT COURT
## District of Rhode Island

Paulette Dube
Chief Deputy Clerk

CA 05 243 ML

Your case has been assigned number ____________________

It has been assigned to:

| | | |
|---|---|---|
| ____ | Chief Judge Torres | initial - T |
| ____ | Judge Lagueux | initial - L |
| X | Judge Lisi | initial - ML |
| ____ | Judge Smith | initial - S |

Please be advised that:

No pleadings will be accepted for filing in the Clerk's Office unless the above case number and the initial of the assigned Judge is typed on the pleading.

Plaintiff's counsel is ordered to notify all counsel of record of the full and complete case number and the Judge assignment.

All filings will require the attorney's Rhode Island BAR number on the document.

Thank you for your cooperation.

One Exchange Terrace • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO )
)
Plaintiff )
)
vs. ) CA. NO. 05-243 ML
)
NUNO C. NEVES and )
NATALIA PAIVA-NEVES )
)
Defendants )

MOTION FOR JOINER OF CLAIMS, REMEDIES, AND PARTIES
PURSUANT TO FED.R.Civ.P. RULES 18,19,&20

Now come the plaintiff and hereby prays that the motion to enjoin the claims, remedies, and parties to the civil action before this court entitled (**MARCELLO, et al vs. DESANO, et al & "STATE OF RI" - CA. NO. 05-004 ML**), with the above action may be GRANTED, upon terms as this honorable court deems necessary, fair, and just.

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 296-3433

NOTICE OF HEARING

Said motion will be called for hearing before a Justice of said court at ___________, on ___________ __, _____, at the U.S. District Court of Rhode Island, One Exchange Terrace, Providence, RI 02903, in Room __, __ floor, if objection is filed; otherwise said motion will be deemed granted by rule of court.

James Marcello

CERTIFICATION

I hereby certify that I have mailed on _______________, a conformed copy of the with by first class mail, postage pre-paid to counsels of record: Marc DeSisto, 211 Angell St, Providence,RI 02906, Robert W. Smith, 155 S Main St, Providence, RI 02903, and Thomas A. Palombo,AAG, 150 S Main St, Providence, RI 02903, and Joe Moretti(#5092), 300 Centerville Rd, Warwick, RI 02886.

James Marcello