**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO**

**V** **CA NO. 05-243 ML**

**NUNO NEVES and**
**NATALIA PAIVA-NEVES**

# ENTRY OF APPEARNCE

I hereby enter my appearance for Defendants.

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886
401-738-4500

## CERTIFICATION

I hereby certify that on the 20th day of June, 2005, I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488, Marc DeSisto, Esquire, 211 Angell Street, Providence, Rhode Island 02906, Robert Smith, Esquire, 155 South Main Street, Providence, Rhode Island 02903, Thomas Palumbo, Esquire, Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.