IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES MARCELLO

V CA No. 05-243 ML

NUNO NEVES and
NATALIA PAVIA-NEVES

# MOTION FOR SANCTIONS

Now comes Defendants and hereby moves for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure and 28 USC §1446, on the basis that the Plaintiff filed a Notice of Removal when he was clearly was not entitled to do so. Defendants request that an attorney fee of $612.50 (six-hundred and twelve dollars and fifty cents) be awarded for prosecuting the Motion to Remand. Defendants further rely on their Memorandum of Law and Affidavit of Counsel filed with this Motion.

WHEREFORE, Defendants pray that this Honorable Court sanction Plaintiff and award a counsel fee of $612.50 (six-hundred and twelve dollars and fifty cents).

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island, 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on the 20th day of June, 2005, I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488, Marc DeSisto, Esquire, 211 Angell Street, Providence, Rhode Island 02906, Robert Smith, Esquire, 155 South Main Street, Providence, Rhode Island 02903, Thomas Palumbo, Esquire, Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.

[signature]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO**

**V** **CA No. 05-243 ML**

**NUNO NEVES and**
**NATALIA PAVIA-NEVES**

# MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS

28 USC §1446 (a) provides that a party who files a Notice of Removal without grounds is subject to the mandates of Rule 11 of the Federal Rules of Civil Procedure.

In this matter, the Plaintiff clearly violated Rule 11 because he clearly did not review the status of the law before filing the Notice of Removal. Upon a cursory review of the law, he would have realized that he was the one who initiated the claim in State Court, and therefore was not a Defendant entitled to remove the matter 28 USC §1441 (a). Upon a cursory review of the law, he would have realized that he did not seek to remove the matter thirty (30) days after being served with the initial pleading 28 USC §1446 (a). Upon a cursory review of the law, he would have realized that he was required to state the grounds for removal in the Notice as required by 28 USC §1446 (a).

Plaintiff failed to research the law and violated Rule 11. He had no grounds to file a Notice of Removal and Defendants request that Plaintiff be sanctioned and be awarded an attorney fee of $612.50 (six-hundred and twelve dollars and fifty cents) for being forced to defend this frivolous action.

WHEREFORE, Defendants pray that this Honorable Court sanction Plaintiff and award a counsel fee of $612.50 (six-hundred and twelve dollars and fifty cents).

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island, 02886
401-738-4500

## CERTIFICATION

I hereby certify that on the 20th day of June, 2005, I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488, Marc DeSisto, Esquire, 211 Angell Street, Providence, Rhode Island 02906, Robert Smith, Esquire, 155 South Main Street, Providence, Rhode Island 02903, Thomas Palumbo, Esquire, Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.