**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO**

**V** **CA NO. 05-243 ML**

**NUNO NEVES and**
**NATALIA PAIVA-NEVES**

# AFFIDAVIT OF COUNSEL

Now comes counsel for the Defendants, James Moretti, and being duly sworn and deposed, hereby states:

1. I am the attorney of record for Defendants.
2. On June 8, 2005, I received Plaintiff's Notice seeking to remove this matter to this Court.
3. I performed the following services on the following dates upon receiving Plaintiff's Notice:

6/8/05 Legal Research .................................................. 1.0

6/16/05 Draft Motion to Remand, Motion for Sanctions and supporting documents ......................................... 1.0

6/17/05 Continue to draft Motions and supporting documents ........................................................ 1.0

| | | |
|---|---|---|
| 6/20/05 | Complete Draft Motions and documents................ | .50 |
| **Total time** | | **3.5** |

4. My firm's hourly rate for these services is $175.00 per hour.

5. The total amount for the serves in paragraph three (3) is $612.50.

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, Summit West, Suite 300
Warwick, Rhode Island 02886
401-738-4500

Subscribed and Sworn To before me on the 20th day of June, 2005, in Warwick, Rhode Island .

Notary Public
My commission expires on: 05-25-09

## CERTIFICATION

I hereby certify that on the 20th day of June, 2005, I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488, Marc DeSisto, Esquire, 211 Angell Street, Providence, Rhode Island 02906, Robert Smith, Esquire, 155 South Main Street, Providence, Rhode Island 02903, Thomas Palumbo, Esquire, Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.