IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES MARCELLO

V CA NO. 05-243 ML

NUNO NEVES and
NATALIA PAIVA-NEVES

# MOTION TO REMAND TO STATE COURT

Now comes the Defendants through counsel and hereby moves to remand this matter back to the Rhode Island Supreme Court. As a basis for this Motion, Defendants rely on the grounds set forth below and further stated in their Memorandum of Law filed with this Motion. This matter should be removed back to the State Court for the following reasons:

1. Plaintiff seeks removal of the matter from State Court after filing a Complaint in Rhode Island Superior Court about eleven (11) months ago on 7/21/2004, entitled James Marcello v Nuno Neves and Natalia Paiva-Neves, CA PC 04-3972. (Exhibit A) (Exhibit B). His claim was then adjudicated and dismissed by Associate Superior Court Justice Savage on May 19, 2005, pursuant to Defendants' Motion for Summary Judgment (Exhibit C) (Exhibit D). Plaintiff then filed a Notice of Appeal and the matter is currently pending before the Rhode Island Supreme Court, Case No. 2005-0176 (Exhibit E) (Exhibit F). Pursuant to 28 USC §1441 (a) and 28 USC §1446 (a), only a

Defendant has the right to remove thirty (30) days after being served with the initial pleading. He seeks removal after initiating and litigating the matter in state court for about eleven (11) months or so.

2. Plaintiff's Notice of Removal fails to state the grounds to remove to this Honorable Court pursuant to 28 USC §1446 (a).

WHEREFORE, Defendants pray that the matter be remanded back to the Rhode Island Supreme Court.

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on the 20th day of June, 2005, I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488, Marc DeSisto, Esquire, 211 Angell Street, Providence, Rhode Island 02906, Robert Smith, Esquire, 155 South Main Street, Providence, Rhode Island 02903, Thomas Palumbo, Esquire, Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.