STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS PAGE: 1
RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 06/07/2005
SUPERIOR COURT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: PC2004 3972 TYPE TRESPASS AND EJECTMENT
TITLE: JAMES G MARCELLO V NUNO C NEVES
FILING DATE: 07-21-2004 ASSIGNED TO TRIAL POOL: 07-21-2004
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| MARCELLO,JAMES G | PLF | Pro,Se | AOR |
| NEVES,NATALIA PAIVA | DEF | Moretti,James | AOR |
| NEVES,NUNO C | DEF | Moretti,James | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|
| LBP | 08-24-2004 | | | |
| ANSWER TO COMPLAINT FILED | | | | |
| LBP | 08-24-2004 | | | |
| ENTRY OF APPEARANCE FILED<br>Moretti,James | | | | |
| RQ | 09-01-2004 | | | |
| CLAIM OF JURY TRIAL FILED<br>BY PLNT | | | | |
| RQ | 09-15-2004 | | | |
| MOTION TO ASSIGN<br>NO HEARING DATE | | | | |
| RQ | 09-27-2004 | | | |
| MOTION TO ASSIGN | | | | 10-20-2004 |
| LBP | 10-20-2004 | Rubine,Allen P | | |
| MOTION TO ASSIGN<br>OTE | | | DENIED | |
| RQ | 11-03-2004 | | | |
| OBJECTION FILED<br>TO DEFTS PROPOSED ORDER | | | | |
| RQ | 11-17-2004 | Rubine,Allen P | | |
| MOTION TO ACCELERATE<br>WITHOUT PREJUDICE | | | DENIED | |
| RQ | 12-28-2004 | | | |
| MOTION TO ASSIGN | | | | 01-26-2005 |
| ********************NOT CERTIFIED************************** | | | | |
| RQ | 12-31-2004 | | | |
| CERTIFICATION OF SERVICE FILED<br>BY PLNT | | | | |
| WV | 01-12-2005 | | | |
| MEMO IN SUPPORT OF MOT SUM JUDGMENT<br>BY DEF | | | | |
| LMA | 01-12-2005 | | | |
| MOTION TO ASSIGN | | | | 01-26-2005 |
| SMD | 01-28-2005 | | | |
| ORDER, MOTION TO ASSIGN FOR TRIAL | | | GT RULE | |
| JEH | 02-09-2005 | | | |
| ORDER, MOTION TO ASSIGN FOR TRIAL | | | GRANTED | |

DEFENDANT'S EXHIBIT A

A True Copy
ATTEST:
Clerk

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|
| CG1 | 03-10-2005 | | | |
| AFFIDAVIT FILED | | | | |
| CG1 | 03-10-2005 | | | |
| MEMORANDUM FILED | | | | |
| CG1 | 03-10-2005 | | | |
| MOTION FOR SUMMARY JUDGMENT | | | | |
| LMA | 03-29-2005 | Savage,Judith C | | |
| MOTION FOR SUMMARY JUDGMENT | | | GRANTED | |
| JOTE | | | | |
| NM | 04-06-2005 | | | |
| MOTION FOR ENTRY OF JUDGMENT | | | | |
| *****FILED IN 6TH FLOOR VAULT***** | | | | |
| LSB | 04-06-2005 | | | |
| ORDER ENTERED | | | | |
| FOR TRANSCRIPT | | | | |
| NM | 04-11-2005 | | | |
| CERTIFICATION OF SERVICE FILED | | | | |
| OF JAMES MARCELLO | | | | |
| NM | 04-11-2005 | Savage,Judith C | | |
| NOTICE OF APPEAL TO SUPREME CT FILED | | | | |
| PLFS APPEAL JUDGMENT FROM 03-29-05 FILING FEE PAID COPIES SENT TO AORS & SUPREME CT. TRANSCRIPT WILL BE ORDERED | | | | |
| NM | 05-16-2005 | | | |
| COMPLETED TRANSCRIPT FILED | | | | |
| LSB | 05-16-2005 | | | |
| LETTER FILED | | | | |
| FOR COMPLETED TRANSCRIPT. TO PLF. | | | | |
| NM | 05-19-2005 | Savage,Judith C | | |
| JUDGMENT ENTERED | | | GRANTED | |
| JUDGMENT IS AWARDED IN FAVOR OF DFTS****SEE JUDGMENT FOR DETAILS**** | | | | |
| RQ | 05-19-2005 | Savage,Judith C | | |
| MOTION FOR ENTRY OF JUDGMENT | | | GRANTED | |
| NM | 05-19-2005 | Savage,Judith C | | |
| ORDER ENTERED | | | DENIED | |
| PLFS MTN FOR REHEARING & RE-ARGUMENT & PLFS MTN TO OPEN OR TO SET ASIDE | | | | |
| NM | 05-19-2005 | Savage,Judith C | | |
| ORDER, MOTION FOR SUMMARY JUDGMENT | | | GRANTED | |
| ****SEE ORDER FOR DETAILS***** | | | | |
| NM | 06-07-2005 | | | |
| CASE CERTIFIED TO SUPREME CT | | | | |
| 1 FOLDER | | | | |