DEFENDANT'S EXHIBIT D

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

**JAMES MARCELLO**

**V**

**CA No. PC 04-3972**

**NUNO NEVES and**
**NATALIA PAIVA-NEVES**

**JUDGMENT**

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to defendants' motion for summary judgment and plaintiff's counter-motion for summary judgment. It was further heard on April 28, 2005 on defendants' motion for entry of order and judgment. After hearing thereon, it is hereby ORDERED, ADJUDGED and DECREED THAT:

1. Judgment is awarded in favor of defendants.
2. Plaintiff's complaint is dismissed.
3. The underlying record will serve to supplement this judgment.

ENTERED AS A JUDGMENT OF THIS HONORABLE COURT ON

________________ .

ENTER:

[signature]
5-19-05

PER ORDER:

[signature]
Deputy Clerk

Presented By:

[signature]

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

A True Copy
ATTEST:
[signature]
Clerk

mailed Jon Moretti

**CERTIFICATION**

I hereby certify that on 5/19/05 I ~~mailed~~ ~~hand delivered~~ a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488.

Jon Moretti

____________________________