DEFENDANT'S EXHIBIT E

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# NOTICE OF APPEAL

[X] SUPERIOR COURT [ ] FAMILY COURT [ ] DISTRICT COURT

PROVIDENCE COUNTY/DIVISION

| 1. | 2. CASE NO. |
|---|---|
| JAMES C. MARCELLO vs. NUNO C. NEVES & NATALIA PAIVA-NEVES | PC-04-3972 |

3. **Name of Each Plaintiff and Attorney**
JAMES C. MARCELLO
JAMES C. MARCELLO, pro se

**Name of Each Defendant and Attorney**
NUNO C. NEVES
NATALIA PAIVA-NEVES
JOE MORETTI(#5092)

JULY 19, 2004 — Date Case First Filed in Lower Court/Agency
MARCH 29, 2005 — Date of Judgment/Order Appealed From
APRIL 7, 2005 — Date Appeal Filed

**PARTIES FILING APPEAL:**
[X] Plaintiff(s) [ ] Petitioner(s)
[ ] Defendant(s) [ ] Respondent(s)

**Trial Court Judge:** JUDGE SAVAGE

**Name of Each Party and Attorney Filing Appeal**
JAMES C. MARCELLO
JAMES C. MARCELLO, pro SE

## 4. TRIAL COURT ACTION APPEALED

| | | | | | |
|---|---|---|---|---|---|
| [ ] IPR | Preliminary Injunction | [ ] CJJ | Judgment/Judge | [ ] DPC | Denial Post Conviction |
| [ ] CON | Conviction | [ ] CDV | Directed Verdict | [ ] MTR | Denial Sentence Reduction |
| [ ] IPT | Permanent Injunction | [ ] CJU | Judgment/Jury | [ ] DCF | Dependency/Termination |
| [ ] CJD | Default Judgment | [ ] DAL | Alimony | [X] DSJ | Summary Judgment |
| [ ] CDS | Dismissal/Jurisdiction | [ ] PRO | Probation Violation | [ ] ASF | Agreed Statement of Facts |
| [ ] CDM | Dismissal Merits | [ ] PTM | Pretrial Motion | [ ] DRP | Original Divorce Petition |
| [ ] CTD | New Trial Motion Denied | [ ] FCJ | Juvenile | [ ] CUS | Custody |
| [ ] CTG | New Trial Motion Granted | [ ] PCR | Grant Post Conviction | | |

**JUDGMENT FOR:**
[ ] Plaintiff(s)
[X] Defendant(s)
[ ] Other

**SENTENCES:**
[ ] Confinement [ ] Suspended
[ ] Special Program [ ] Probation
[ ] Fine/Restitution [ ] Deferred

**BAIL/RELEASE STATUS**
[ ] Personal Recognizance [ ] Surety Bond [ ] Held In Lieu Of Bail
[ ] Held Without Bail [ ] Cash Bond [ ] Other

A True Copy ATTEST: [signature] Clerk

## 5. TRANSCRIPT STATUS

[ ] Transcript Will Not Be Ordered
[X] Transcript Will Be Ordered
**Estimated Cost $** 90.00

Filing Fee Required: [ ] Yes [ ] No Trial Court Receipt No. 128354
Appeal Filing Fee for Each Appellant or Petitioner: $150.00
**Court Reporter:** LISA KELLY

4-7-2005 JAMES C. MARCELLO PRO SE [signature: James Marcello]
DATE FILING ATTORNEY (Print) REG. NO. SIGNATURE

Copy sent to Atty J. Moretti for Def.; Copy sent to Supreme Court

**DISTRIBUTION**
WHITE-TRIAL COURT, YELLOW-OPPOSING ATTORNEY(S), PINK-SUPREME COURT

SE-10 (Rev. 12/03)