RHODE ISLAND SUPREME COURT

Licht Judicial Complex
250 Benefit Street
Providence RI 02903
(401) 222-3272

DEFENDANT'S EXHIBIT F

JUNE 7, 2005

James Moretti Esq
600 Reservoir Avenue
Cranston, RI 02910

CASE NO.: 20050176

JAMES C. MARCELLO VS NUNO C. NEVES ET AL

NOTICE

The above-entitled case was docketed in this court on JUNE 7, 2005. See Article I, Rule 12A below.

READ CAREFULLY.

'(1) Within twenty (20) days after the docketing of the record of an appeal with the Clerk of the Supreme Court, the appellant or other moving party shall file a statement of the case and a summary of the issues proposed to be argued on appeal; this document shall be concise, not exceeding ten pages. The party may take out the transcripts from the Clerk's Office for reference in the preparation of the statement but shall return them when the statement is filed. Within fifteen (15) days after the filing of the above statement, the responding party shall file a counter-statement not to exceed ten pages. The transcripts may be taken out for reference in preparing this counter-statement but shall be returned upon its filing. Following the filing of such statements, the court may require appearance before a single justice of the court for a conference. The objective of said conference will be to achieve settlement of dispute in civil cases and to determine the manner in which the appeal shall proceed. In the event that the single justice of the court deems it appropriate, he or she may require the issuance of an order to show cause by either party why the appeal should not be dismissed or the judgment below should not be reversed, modified, or the matter remanded for further proceedings or refer the appeal to the Court at a session in conference for a determination of the manner in which the appeal shall proceed and disposition of said appeal without further memorandum or argument. The show cause argument may be conducted before a hearing panel of this court consisting of three justices. Such hearing panel may issue an order dismissing the appeal, reversing or modifying the judgement, or remanding the case to the appropriate trial court for further proceedings. The panel may if it sees fit determine that the case should be placed on the regular calendar for full hearing and argument'.