IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES MARCELLO

V CA NO. 05-243 ML

NUNO NEVES and
NATALIA PAIVA-NEVES

# DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO REMAND TO STATE COURT

## Travel

Plaintiff filed this claim against the Defendants in the Rhode Island Superior Court on July 21, 2004, CA No. 04-3972 (Exhibit A) (Exhibit B). After a Hearing on Defendants' Motion for Summary Judgment on March 29, 2005, his claim was dismissed by Associate Superior Court Justice Savage on May 19, 2005 (Exhibit C) (Exhibit D). He also had filed an appeal to the Rhode Island Supreme Court, Case No. 2005-0176 (Exhibit E) (Exhibit F). Plaintiff has now filed a Notice of Removal with this Court.

## Issue / Argument

**Plaintiff is not entitled to remove his claim to Federal Court.**

Pursuant to 28 USC §1441 (a) and 28 USC §1446 (a), a Defendant has a right to remove an action to Federal Court by filing a Notice of Removal no later than thirty (30) days after being served with the initial pleading in State Court.

In this matter, Plaintiff seeks removal of the matter from State Court after filing a Complaint in Rhode Island Superior Court on July 21, 2004 (Exhibit A (Exhibit B). His claim was then adjudicated and dismissed by Associate Superior Court Justice Savage on May 19, 2005, pursuant to Defendants' Motion for Summary Judgment (Exhibit C) (Exhibit D).

Plaintiff also filed a Notice of Appeal and the matter is currently pending before the Rhode Island Supreme Court ( Exhibit E) (Exhibit F).

Finally, Plaintiff's Notice of Removal fails to state the grounds for removal as required by 28 USC §1446 (a).

Plaintiff clearly fails to meet the criteria of the statutes cited to justify removal of this action.

## Conclusion

Accordingly, this matter should be remanded back to the Rhode Island Supreme Court.

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on the 20th day of June, 2005, I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488, Marc DeSisto, Esquire, 211 Angell Street, Providence, Rhode Island 02906, Robert Smith, Esquire, 155 South Main Street, Providence, Rhode Island 02903, Thomas Palumbo, Esquire, Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.