STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS PAGE: 1
RHODE ISLAND JUDICIARY SYSTEMS AND SCIENCES DATE 06/07/2005
SUPERIOR COURT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: PC2004 3972 TYPE TRESPASS AND EJECTMENT
TITLE: JAMES G MARCELLO V NUNO C NEVES
FILING DATE: 07-21-2004 ASSIGNED TO TRIAL POOL: 07-21-2004
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| MARCELLO,JAMES G | PLF | Pro,Se | AOR |
| NEVES,NATALIA PAIVA | DEF | Moretti,James | AOR |
| NEVES,NUNO C | DEF | Moretti,James | AOR |

| DOC. ID. | DATE | JUDGE | | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|---|
| LBP | 08-24-2004 | | | | |
| | ANSWER TO COMPLAINT FILED | | | | |
| LBP | 08-24-2004 | | | | |
| | ENTRY OF APPEARANCE FILED | | | | |
| | Moretti,James | | | | |
| RQ | 09-01-2004 | | | | |
| | CLAIM OF JURY TRIAL FILED | | | | |
| | BY PLNT | | | | |
| RQ | 09-15-2004 | | | | |
| | MOTION TO ASSIGN | | | | |
| | NO HEARING DATE | | | | |
| RQ | 09-27-2004 | | | | |
| | MOTION TO ASSIGN | | | | 10-20-2004 |
| LBP | 10-20-2004 | Rubine,Allen P | | | |
| | MOTION TO ASSIGN | | | DENIED | |
| | OTE | | | | |
| RQ | 11-03-2004 | | | | |
| | OBJECTION FILED | | | | |
| | TO DEFTS PROPOSED ORDER | | | | |
| RQ | 11-17-2004 | Rubine,Allen P | | | |
| | MOTION TO ACCELERATE | | | DENIED | |
| | WITHOUT PREJUDICE | | | | |
| RQ | 12-28-2004 | | | | |
| | MOTION TO ASSIGN | | | | 01-26-2005 |
| | *********************NOT CERTIFIED************************* | | | | |
| RQ | 12-31-2004 | | | | |
| | CERTIFICATION OF SERVICE FILED | | | | |
| | BY PLNT | | | | |
| WV | 01-12-2005 | | | | |
| | MEMO IN SUPPORT OF MOT SUM JUDGMENT | | | | |
| | BY DEF | | | | |
| LMA | 01-12-2005 | | | | |
| | MOTION TO ASSIGN | | | | 01-26-2005 |
| SMD | 01-28-2005 | | | | |
| | ORDER, MOTION TO ASSIGN FOR TRIAL | | | GT RULE | |
| JEH | 02-09-2005 | | | | |
| | ORDER, MOTION TO ASSIGN FOR TRIAL | | | GRANTED | |

DEFENDANT'S EXHIBIT A

A True Copy
ATTEST:
Clerk

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

CG1 03-10-2005
AFFIDAVIT FILED
CG1 03-10-2005
MEMORANDUM FILED
CG1 03-10-2005
MOTION FOR SUMMARY JUDGMENT
LMA 03-29-2005 Savage,Judith C
MOTION FOR SUMMARY JUDGMENT GRANTED
JOTE
NM 04-06-2005
MOTION FOR ENTRY OF JUDGMENT
*****FILED IN 6TH FLOOR VAULT*****
LSB 04-06-2005
ORDER ENTERED
FOR TRANSCRIPT
NM 04-11-2005
CERTIFICATION OF SERVICE FILED
OF JAMES MARCELLO
NM 04-11-2005 Savage,Judith C
NOTICE OF APPEAL TO SUPREME CT FILED
PLFS APPEAL JUDGMENT FROM 03-29-05 FILING FEE PAID COPIES SENT TO AORS
& SUPREME CT. TRANSCRIPT WILL BE ORDERED
NM 05-16-2005
COMPLETED TRANSCRIPT FILED
LSB 05-16-2005
LETTER FILED
FOR COMPLETED TRANSCRIPT. TO PLF.
NM 05-19-2005 Savage,Judith C
JUDGMENT ENTERED GRANTED
JUDGMENT IS AWARDED IN FAVOR OF DFTS****SEE JUDGMENT FOR DETAILS****
RQ 05-19-2005 Savage,Judith C
MOTION FOR ENTRY OF JUDGMENT GRANTED
NM 05-19-2005 Savage,Judith C
ORDER ENTERED DENIED
PLFS MTN FOR REHEARING & RE-ARGUMENT & PLFS MTN TO OPEN OR TO SET ASIDE
NM 05-19-2005 Savage,Judith C
ORDER, MOTION FOR SUMMARY JUDGMENT GRANTED
****SEE ORDER FOR DETAILS*****
NM 06-07-2005
CASE CERTIFIED TO SUPREME CT
1 FOLDER