DEFENDANT'S EXHIBIT B

BILL OF COMPLAINT

State of Rhode Island and Providence Plantations
Providence,ss. Superior Court.

| | | |
|---|---|---|
| JAMES C. MARCELLO<br>Plaintiff<br>vs.<br>NUNO C. NEVES &<br>NATALIA PAIVA-NEVES<br>Defendants | ] | In Equity. No. 04-3972 |

COMPLAINT FOR TRESPASS AND EJECTMENT TO TRY TITLE
PURSUANT TO RIGL 34-20-2 & RIGL 8-2-14

To The Honorable The Superior Court, Sitting in Equity:

Greetings:

MR. JAMES C. MARCELLO, the owner of certain real property located at 557 Maple Avenue, in the Town of Barrington, Rhode Island, brings this his **bill of complaint** against NUNO C. NEVES & NATALIA PAIVA-NEVES of 557 Maple Avenue, in the Town of Barrington, Rhode Island, and thereupon complains and says:

1. The plaintiff, James C. Marcello, is the sole heir of Rudolph Nicholas Marcello, a/k/a Nicholas F. Marcello, who at the time of his death, owned and was in possession of the certain real property situtated in the Town of Barrington at 557 Maple Avenue.

2. The plaintiff, James C. Marcello, has absolute title to the property, and has held prior possession thereof to the defendants from the year 1954 up to February of 2004.

3. On and about August 13, 2003, the defendants participated knowingly and willingly to a successful tortious eviction and disseizin of the plaintiff and his wife from the said certain real property, through an abuse of process that was coordinated with the unlawful use of police power.

A True Copy
ATTEST:
Clerk

4. The defendants, at that time, intended to illegally enter and take possession of the said certain property under a pre-disclosed fraudulent deed, with knowledge of the forgery prior to the intended entry.

5. As a result of this conspiracy, the plaintiff and his wife suffered irreparable injuries and harm. Mr. Olivia A. Marcello, the plaintiff's wife, suffered homelessness for two weeks. She has mental retardation and chronic depression disorders, and numerous complications and almost died. The plaintiff husband, James C. Marcello, was illegally incarserated and held without bail for two weeks, for the furtherance of the plan, and suffered a time of hospitalization for his heart, blood presure, and nerves.

6. On October 1, 2003, the plaintiff and his wife, re-entered and took possession of the said certain real property in question.

7. On October 14, 2003, the defendants went to the said certain property in question, surprised by plaintiff in re-possession, is not a stranger to the suit, and between whom and defendants there is privity.

8. On December 12, 2003, defendants participated knowingly and willingly to a successful second disseizin of the plaintiff and his wife from the said certain property in question, through a second abuse of process that was coordinated with again the unlawful use of police power.

9. As a result of this conspiracy, the plaintiff and his wife suffered compounded irreparable injuries and harm. The plaintiff husband, James C. Marcello, was again illegally incarserated and held without bail for three months, for the furtherance of the plan. The plaintiff's wife, Olivia A.

Marcello, is a dependant person who was toured from house to house, waiting and suffering for her husband primary careprovider to be released.

10. On and about February 1, 2004, the defendants, with foreknowledge of a forged deed prior to their possession, took wrongful or unlawful possession of the plaintiff's said property located at 557 Maple Avenue in the Town of Barrington Rhode Island, while plaintiff was still, in the furtherance of it's plan, purposedly held without bail.

11. On February 9, 2004, a fraudulent deed, void on it's face and without required order of court nor jurisdiction, was filed in the land records of Barrington, indicating an appearance of a sale of said property in question to Nuno C. Neves & Natalia Paiva-Neves for the alledge sum of ($275,000.00)

A copy along with attached exihibit deed is hereby attached and seen at A-1, & A-2.

12. On February 9, 2004, an assignment of mortgage from the Diamond Funding Corporation to Nuno C. Neves & Natalia Paiva-Neves of 557 Maple Avenue Barrington, RI 02806, in the amount of ($160,000.00), was filed in the land records of Barrington.

A copy is hereby attached and seen at A-3.

**13. The plaintiff, James C. Marcello, is entitled to** possession, and that defendants have asserted title in themselves to the said property in question, and wrongfully or unlawfully keeps him out of possession.

## PRAYER FOR RELIEF

Wherefore, The Plaintiff Prays:

1. That a writ of possession may be issued, Granting possession to the plaintiff of the certain real property located at 557 Maple Avenue Barrington Rhode Island.

2. That the defendant be ordered to pay to the plaintiff in the amount of Ten Thousand Dollars ($10,000.00), for the pain, suffering, and damages, against their person and property.

3. That the plaintiff may have such other and further relief as the nature of the case may require.

And may it please this Honorable Court to issue its subpoena to the said defendants, MR. NUNO C. NEVES & NATALIA PAIVA-NEVES, commanding them and each of them upon a certain day and upon a certain penalty therein to be specified to be and appear before this Honorable Court and then and there to answer (under oath) (but not under oath, oath hereto being expressly waived) all the premises and to stand to, and abide and perform such order and decree as to this court shall seem meet and the circumstances of the case require.

Respectiffly Submitted,

DATED: JULY 18, 2004

James Marcello

JAMES C. MARCELLO, pro se

Mr. James & Olivia Marcello
152 Cross Road
Stetson, Maine 04488
Tel: (207)296-3433

Subscribed and sworn to before me in the Town of Stetson, in the County of Penobscot, in the State of Maine, this 18th day of July, 2004.

Dennell K Ham

NOTARY PUBLIC

DENNELL K HAM
NOTARY PUBLIC, MAINE
MY COMMISSION EXPIRES NOVEMBER 18, 2010

DENNELL K. HAM NOTARY PUBLIC MAINE