DEFENDANT'S EXHIBIT C

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

**JAMES MARCELLO**

**V**

**CA No. PC 04-3972**

**NUNO NEVES and**
**NATALIA PAIVA-NEVES**

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

This matter came before the Honorable Justice Savage on March 29, 2005 pursuant to defendants' motion for summary judgment and plaintiff's counter-motion for summary judgment. It was further heard on April 28, 2005 on defendants' motion for entry of order and judgment. After hearing thereon, it is hereby ORDERED THAT:

1. Defendants' motion for summary judgment is granted.

2. Plaintiff's counter-motion for summary judgment is denied.

3. The underlying record will serve to supplement this order.

ENTERED AS AN ORDER OF THIS HONORABLE COURT ON

________________ .

ENTER:

____________________

PER ORDER:

Deputy Clerk

5·19·05

Presented By:

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

A True Copy
ATTEST:

Clerk

**CERTIFICATION** mailed Jon Moretti

I hereby certify that on 5/19/05 I ~~mailed~~ ~~hand delivered~~ mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488.

Jon Moretti

______________________________