DEFENDANT'S EXHIBIT E

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# NOTICE OF APPEAL

[X] SUPERIOR COURT ☐ FAMILY COURT ☐ DISTRICT COURT

PROVIDENCE COUNTY/DIVISION

| 1. | 2. CASE NO. |
|---|---|
| JAMES C. MARCELLO vs. NUNO C. NEVES & NATALIA PAIVA-NEVES | PC-04-3972 |

**3. Name of Each Plaintiff and Attorney**
JAMES C. MARCELLO
JAMES C. MARCELLO, pro se

**Name of Each Defendant and Attorney**
NUNO C. NEVES
NATALIA PAIVA-NEVES
JOE MORETTI(#5092)

JULY 19, 2004 — Date Case First Filed in Lower Court/Agency
MARCH 29, 2005 — Date of Judgment/Order Appealed From
APRIL 7, 2005 — Date Appeal Filed

**PARTIES FILING APPEAL:**
[X] Plaintiff(s) ☐ Petitioner(s)
☐ Defendant(s) ☐ Respondent(s)

**Trial Court Judge:** JUDGE SAVAGE

**Name of Each Party and Attorney Filing Appeal**
JAMES C. MARCELLO
JAMES C. MARCELLO, pro SE

**4. TRIAL COURT ACTION APPEALED**

| | | | | | |
|---|---|---|---|---|---|
| ☐ IPR | Preliminary Injunction | ☐ CJJ | Judgment/Judge | ☐ DPC | Denial Post Conviction |
| ☐ CON | Conviction | ☐ CDV | Directed Verdict | ☐ MTR | Denial Sentence Reduction |
| ☐ IPT | Permanent Injunction | ☐ CJU | Judgment/Jury | ☐ DCF | Dependency/Termination |
| ☐ CJD | Default Judgment | ☐ DAL | Alimony | [X] DSJ | Summary Judgment |
| ☐ CDS | Dismissal/Jurisdiction | ☐ PRO | Probation Violation | ☐ ASF | Agreed Statement of Facts |
| ☐ CDM | Dismissal Merits | ☐ PTM | Pretrial Motion | ☐ DRP | Original Divorce Petition |
| ☐ CTD | New Trial Motion Denied | ☐ FCJ | Juvenile | ☐ CUS | Custody |
| ☐ CTG | New Trial Motion Granted | ☐ PCR | Grant Post Conviction | | |

**JUDGMENT FOR:**
☐ Plaintiff(s)
[X] Defendant(s)
☐ Other

**SENTENCES:**
☐ Confinement ☐ Suspended
☐ Special Program ☐ Probation
☐ Fine/Restitution ☐ Deferred

**BAIL/RELEASE STATUS**
☐ Personal Recognizance ☐ Surety Bond ☐ Held In Lieu Of Bail
☐ Held Without Bail ☐ Cash Bond ☐ Other

A True Copy
ATTEST:
[signature]
Clerk

**5. TRANSCRIPT STATUS**
☐ Transcript Will Not Be Ordered
[X] Transcript Will Be Ordered
**Estimated Cost $** 90.00

Filing Fee Required: ☐ Yes ☐ No Trial Court Receipt No. 128354
Appeal Filing Fee for Each Appellant or Petitioner: $150.00
**Court Reporter:** LISA KELLY

4-7-2005 — **DATE**
JAMES C. MARCELLO — **FILING ATTORNEY (Print)**
PRO SE — **REG. NO.**
[signature] James Marcello — **SIGNATURE**

**DISTRIBUTION**
**WHITE-TRIAL COURT, YELLOW-OPPOSING ATTORNEY(S), PINK-SUPREME COURT**

**SE-10 (Rev. 12/03)**