**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO**

**V** **CA NO. 05-243**

**NUNO NEVES and**
**NATALIA PAIVA – NEVES**

# MOTION TO PASS/WITHDRAW MOTION FOR SANCTIONS WITHOUT PREJUDICE

Now comes Defendants and hereby move to withdraw the Defendants' Motion for Sanctions filed on June 20, 2005, without prejudice in order to conform to FRCP 11 (c) (1) (a). Said Motion was served upon Plaintiff on June 20, 2005 and Defendants request to reserve the right to re-file on July 11, 2005, if the Notice of Removal is not withdrawn by Plaintiff.

**WHEREFORE,** Defendants pray that the Motion for Sanctions be passed or withdrawn without prejudice with the right to re-file the Motion on or after July 11, 2005.

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886
401-738-4500

## CERTIFICATION

I hereby certify that on the 20th day of June, 2005, I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488, Marc DeSisto, Esquire, 211 Angell Street, Providence, Rhode Island 02906, Robert Smith, Esquire, 155 South Main Street, Providence, Rhode Island 02903, Thomas Palumbo, Esquire, Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.

Jill A. Mitchell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES MARCELLO

V CA NO. 05-243

NUNO NEVES and
NATALIA PAIVA – NEVES

# MEMORANDUM IN SUPPORT OF MOTION TO PASS/WITHDRAW MOTION FOR SANCTIONS WITHOUT PREJUDICE

## Travel / Facts

The Plaintiff filed a Notice of Removal to this Court after litigating this matter for eleven (11) months in the Rhode Island Superior Court and then filing an Appeal in the Rhode Island Supreme Court. Defendants then filed a Motion to Remand back to State Court and a Motion for Sanctions pursuant to FRCP 11.

## Argument

The Defendants seek to pass or withdraw the Motion for Sanctions filed on June 20, 2005, without prejudice, in order to conform to FRCP 11 (c) (1) (a). This will provide the Plaintiff twenty-one (21) days to consider withdrawing his Notice of Removal, before the Defendants move to seek sanctions. The Defendants' Motion for sanctions was served upon Plaintiff on June 20, 2005.

Defendants seek to reserve the right to re-file the Motion on or after July 11, 2005, at least twenty-one (21) days after the Motion was served, if the Notice of Removal is not withdrawn by the Plaintiff.

## Conclusion

For the above reason, Defendants request that their Motion for Sanctions be passed or withdrawn without prejudice, with the right to re-file the Motion on or after July 11, 2005.

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886
401-738-4500

## CERTIFICATION

I hereby certify that on the 20th day of June, 2005, I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488, Marc DeSisto, Esquire, 211 Angell Street, Providence, Rhode Island 02906, Robert Smith, Esquire, 155 South Main Street, Providence, Rhode Island 02903, Thomas Palumbo, Esquire, Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.