IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES MARCELLO

V

CA NO. 05-243

NUNO NEVES and
NATALIA PAIVA – NEVES

# ORDER

This matter came before the Court pursuant to the Defendants' Motion to Pass/Withdraw their Motion for Sanctions without prejudice. After reviewing said Motion and supporting documents, it is hereby ORDERED THAT:

1. The Defendants' Motion for Sanctions, filed June 20, 2005 shall be withdrawn without prejudice, with Defendants having the right to re-file the motion on after July 11, 2005.

**ENTERED AS AN ORDER OF THIS HONORABLE COURT** ON the 27th day of June, 2005.

ENTER:

Mary M. Lisi
6/27/05

PER ORDER:

[signature]

Presented By:

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on the 20th day of June, 2005, I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488, Marc DeSisto, Esquire, 211 Angell Street, Providence, Rhode Island 02906, Robert Smith, Esquire, 155 South Main Street, Providence, Rhode Island 02903, Thomas Palumbo, Esquire, Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.