IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO<br><br>Plaintiff<br><br>vs.<br><br>NUNO C. NEVES and<br>NATALIA PAIVA-NEVES<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-243 ML |

**MOTION FOR RECONSIDERATION**

**To The Honorable Judge Lisi, Judge of the United States District Court, for the District of Rhode Island;**

**Greetings:**

Your orator Plaintiff, James C. Marcello, a resident of the "State of Maine" and, pursuant to Rule 32(b)(2) of the Local Rules of the U.S. District Court and 28 U.S.C. § 636(b)(1)(A), hereby move for reconsideration of the Order entered on June 14, 2005 by U.S. Magistrate Judge David L. Martin, for being clearly erroneous and contrary to law. In support hereof, Plaintiff respectively submit the accompanying Memorandum of Law.

**WHEREFORE,** Plaintiff respectively request that the Motion For Reconsideration be granted; that the Order Denying Application to Proceed Without Prepayment of Fees be reversed; and such other and further relief as justice may require.

Respectively Submitted,

PLAINTIFF

James Marcello

JAMES C. MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 296-3433

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO<br><br>Plaintiff<br><br>vs.<br><br>NUNO C. NEVES and<br>NATALIA PAIVA-NEVES<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-243 ML |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RECONSIDERATION**

**To The Honorable Judge Lisi, Judge of the United States District Court, for the District of Rhode Island;**

**Greetings:**

Your orator plaintiff, James C. Marcello, a resident of the 'State of Maine', respectively shows:

That on the 14th day of JUNE, 2005, U.S. Magistrate Judge David L. Martin rendered a decision in the above cause denying said plaintiffs application (Document #2) to proceed without prepayment of fees on Petition for Removal on the grounds of Civil Rights Violation, Diversity, Prejudice or Local Influence (Document #1) filed on June 2, 2005. See Order Denying at 3 ¶ 1.

That subsequent to the filing in this court on June 2, 2005, an appeal was apparently[1] perfected on June 7, 2005 from the Providence Superior Court to RI Supreme Court **(Marcello vs Neves, et al - C.A. No: 05-0176 - RI Supr Ct)**. See RI Supr Ct Not 6/7/05 at **A-1**.

---

1 On March 29, 2005 Sup Ct J Savage made a decision adverse to plain, to wit plain paid filling fee prior to entry of judgment. Since 3/29/05 plain has made numerous call and letters requesting a copy of said decision and any others, and has to this date been deprive off. Because of deprivation, plain is without knowledge if in fact a judgment entry exists.

That said decision of this court on June 14, 2005, to plaintiffs docketing in this court on June 2, 2005, should be controlling and binding on said RI Supreme Court subsequent appeal docket on June 7, 2005, to warrant a stay from this court to the RI Supreme Court of said appellant proceedings till a decision made on said plaintiff, a Resident of the 'State of Maine', right to remove from state to federal.

That further, under the rules of law, as given in said decision of this court on June 14, 2005, the petitioner believes tht said order denying application to proceed without prepayment of fees, on the grounds that "petitioner fails to state a claim upon which relief may be granted", See Order Denying at 3 ¶ 6, is clearly erroneous and has overlooked the fact that said plaintiff is in diversity of citizenship, of another state, and has been aggrieved by the said order.

54 C.J. Law - Removal of Causes - provides:
[§ 121] B. SUITS BETWEEN CITIZENS OF DIFFERENT STATES

(....in general diversity of state citizenship between plaintiff and defendant is ground for removal,(Gainesville v. Brown-Crummer Ins. Co., 277 U.S. 54, 48 SCt 454, 72 L. ed. 781 [rev on other gronds 20 F. (2d) 497] ).

**65(a) The purpose of the removal acts** (1) in giving the federal court jurisdiction of controversies between citizens of different states of the union is, it has been stated, to secure a tribunal presumed to be more impartial than a court of the state in which one of the litigants[1] resides. Hall v. Great Northern R. Co., 197 Fed. 488.

---

Plaintiff James C Marcello is a resident of 'State of Maine'. Defendants Nuno and Natalia Neves resident of Rhode Island. -Defendants residents is stolen real estate property of plaintiff who was driven out of his home and state-

And finally, said U.S. Magistrate Judge David L. Martin overlooked an Affidavit in Support of Petition for Removal dated June 8, 2005 and mailed on such date, along with Attached "Exhibit: R" the transcript of the hearing and decision of Sup Ct J Savage on March 29, 2005, in (21) page form.

A copy of the letter to Clerk David A DiMarzio, affidavit in (2) pages, and transcript of Mar.29,05 hearing decision in (21) pages in viewed at **A: 2-25.**

On page (1) of transcript, or **(A-5)**, Justice Savage quote:

> "I am not in receipt of any motion filed on behalf of the plaintiff, nor did our search of the Clerk's Office reveal any, nor was it filed with an omnibus form to be scheduled for hearing today."

On page (1) of affidavit, or **(A-3, ¶ 4)**,plain states:

> "On March 29, 2005, after close of hearing, Clerk Lisa L. Kelly exhorted me and my wife to clerk's office and pulled my summary judgment papers from the filing shelves in our presences."

On page (4) ¶ 14, of Plaintiffs Petition for Removal (Document #1) it indicates "plaintiff filed on March 8, 2005 by certified mail an objection and motion for summary judgment (SEE EX.J). Exhibit J provides copies of certified mail receipts of the Superior Court Clerk's Office and omnibus forms, as Justice Savage indicated in transcript to the contrary.

A copy of Exhibit J plaintiffs summary judgment is attached to the petition for removal.

**WHEREFORE**, the plaintiff prays that this Court will reverse the order denying (Application # 2) ented on June 14, 2005; and granted the petition for removal, on terms as justice requires.and any other relief to plaintiff as the circumstances require.

Respectively Submitted,

JAMES C. MARCELLO
152 Cross Rd
Stetson, ME 04488
(207) 296-34433

**CERTIFICATION**

**I, James C. Marcello, hereby certify that I have mailed a** conformed copy of the PLAINTIFFS MOTION FOR RECONSIDERATION, on **JUNE 20, 2005**, by regular mail, postage prepaid as specified below to the following:

Superior and Supreme Record Counsel for
Nuno C Neves and Natalia Paiva-Neves:

Joe Moretti(#5092)
300 Centerville Rd - Suite 300
Warwick, RI 02886
(401) 738 4500

I swear under penalty of perjury this is true and correct.

Respectively Submitted,

JAMES C. MARCELLO
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

**RE-CERTIFICATION**

I, James C. Marcello, hereby certify that I have re-mailed a conformed copy of the PLAINTIFFS MOTION FOR RECONSIDERATION with MEMORANDUM OF LAW, on **JUNE 30, 2005**, by regular mail, postage prepaid as specified to the above counsel of record: Joe Moretti,Esq, 300 Centerville Rd, Warwick,RI 02886.

**Notation**

Received returned enclosed papers by clerk on June 29, 2005