IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO | ) | |
| Plaintiff | ) | |
| vs. | ) | C.A. NO. 05-243 ML |
| NUNO C. NEVES and NATALIA PAIVA-NEVES | ) | |
| Defendants | ) | |

FILED JUL 05 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

MOTION FOR RECONSIDERATION

To The Honorable Judge Lisi, Judge of the United States District Court, for the District of Rhode Island;

Greetings:

Your orator Plaintiff, James C. Marcello, a resident of the "State of Maine" and, pursuant to Rule 32(b)(2) of the Local Rules of the U.S. District Court and 28 U.S.C. § 636(b)(1)(A), hereby move for reconsideration of the Order entered on June 14, 2005 by U.S. Magistrate Judge David L. Martin, for being clearly erroneous and contrary to law. In support hereof, Plaintiff respectively submit the accompanying Memorandum of Law.

**WHEREFORE**, Plaintiff respectively request that the Motion For Reconsideration be granted; that the Order Denying Application to Proceed Without Prepayment of Fees be reversed; and such other and further relief as justice may require.

Respectively Submitted,

PLAINTIFF

James Marcello

JAMES C. MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 296-3433

Denied. Mary M. Lisi USDJ 7/7/05