IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FILED
JUL 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO )
Plaintiff )
vs. ) C.A. NO. 05-243 ML
NUNO C. NEVES and )
NATALIA PAIVA-NEVES )
Defendants )

**MOTION FOR PERMISSION OF THE COURT FOR PLAINTIFF TO EXCEED (5) PAGE LIMITATION ON ADDENDUM**

Now come Plaintiff, James C. Marcello and, pursuant to Rule 12(a) (AMENDED GENERAL ORDER #2002-01) of the Local Rules of the U.S. District Court, hereby move for permission of this honorable court for said plaintiff to filed the enclosed 'ADDENDUM' in excess of (5) pages.

Said Addendum is (25) pages consisting of 21 pages of entire transcript hearing on March 29, 2005 in the Superior Court of Providence RI of above caption action, an affidavit, and Surpeme Court Notice, of evidence in support of plaintiffs petition for removal.

WHEREFORE, the plaintiff prays that the motion for permission of the court for plaintiff to exceed (5) page limitation on Addendum may be granted.

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 296-3433

Denied. Mary M. Lisi USDJ 7/8/05