No Response

FILED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES MARCELLO

V CA No. 05-243 ML

NUNO NEVES and
NATALIA PAVIA-NEVES

# MOTION FOR SANCTIONS

Now comes Defendants and hereby moves for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure and 28 USC §1446, on the basis that the Plaintiff filed a Notice of Removal when he was clearly was not entitled to do so. Defendants request that an attorney fee of $612.50 (six-hundred and twelve dollars and fifty cents) be awarded for prosecuting the Motion to Remand. Defendants further rely on their Memorandum of Law and Affidavit of Counsel filed with this Motion.

WHEREFORE, Defendants pray that this Honorable Court sanction Plaintiff and award a counsel fee of $612.50 (six-hundred and twelve dollars and fifty cents).

Denied. Mary M. Lisi USDJ 8/12/05

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island, 02886
401-738-4500

# CERTIFICATION

I hereby certify that on the 14th day of July, 2005, I mailed a copy of the within to James Marcello, pro se, 152 Cross Road, Stetson, Maine 04488, Marc DeSisto, Esquire, 211 Angell Street, Providence, Rhode Island 02906, Robert Smith, Esquire, 155 South Main Street, Providence, Rhode Island 02903, Thomas Palumbo, Esquire, Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.

______________________