IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO<br><br>Plaintiff<br><br>vs.<br><br>NUNO C. NEVES and<br>NATALIA PAIVA-NEVES<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-243 ML |

**SECOND PETITION FOR REMOVAL**

Now come Plaintiff, James C. Marcello and hereby moves for a Second Removal following a decision of the Honorable Judge Lisi granting the above named defendant's motion to remand to state court respectively dated August 12, 2005, upon the same ground of prejudice and local influence that has appeared only since the time of the first removal. In support hereof, Plaintiff respectfully submit the accompanying Memorandum of Law.

WHEREFORE, Plaintiff respectfully request that the Second Petition for Removal be granted; that the order denying plaintiffs motion to exceed dated July 8, 2005, (21) page transcript record evidence of prejudice and local influence in state court, be set aside and reconsidered; and such other and furter relief as justice requires.

Respectively Submitted,

James C. Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO | ) | |
| Plaintiff | ) | |
| vs. | ) | C.A. NO. 05-243 ML |
| NUNO C. NEVES and NATALIA PAIVA-NEVES | ) | |
| Defendants | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF SECOND PETITION FOR REMOVAL**

This Memorandum of Law supports the Second Petition for Removal filed by plaintiff, James C. Marcello.

Respectfully, plaintiff is aggrieved by the decision of Judge Lisi on July 8, 2005 denying plaintiffs motion to exceed dated June 30, 2005 for the permission to submit the (25) Addendum containing setting forth the jurisdictional facts of evidence of prejudice and local influence evidence in the state superior trial court transcript and thus leading this court, in the restraint of this evidence, to remand the cause. For the reasons set forth, plaintiff respectfully request that the Second Petition for Removal be granted; that the order denying plaintiff's motion to exceed be set aside and reconsidered; and such other and further relief as justice requires.

**MEMORANDUM OF LAW**

The following excerpt is taken from Corpus Juris Law on Removal of Causes regarding the grounds for a second removal.

34 Corpus Juris Removal of Causes provide:

[§ 8] **E. SECOND REMOVAL.** -- Where a suit removed from a state court to a federal court has been remanded thereby, it cannot again be removed either upon the same or a different ground, unless the right to remove on such ground has appeared only since the time of the first removal. Fritzlen v. Boatmen's Bank, 212 U. S. 364, 29 SCt 366, 53 L. ed. 551.

**ARGUMENT AND LAW**

On March 29, 2005, Superior Court Trial Justice Savage prejudiced the plaintiff Mr. Marcello by concealing his properly filed Motion for Summary Judgment certified to the court, defendants, and defense attorney.

A copy of page (1) transcript hearing of 3/29/05 of Justice Savage acts of concealment at line (16) thru (20) is attached and viewed at (Add: 1), and is framed.

On July 8, 2005, U.S. District Court Judge Lisi denied the plaintiff's Motion to Exceed (5) Page Limitation that contained the above said page (1) transcript evidence of concealment and prejudice along with the (25) other transcript pages.

A copy of Judge Lisi's order 7/8/05 is viewed at (Add: 2).

On August 12, 2005, Judge Lisi granted the defendants motion to remand to state court.

A copy of the order 8/12/05 is viewed at (Add: 3).

But for the the denial of plaintiff's motion to exceed, the evidence of prejudice and local influence would have been before the court to consider when granting plaintiff's petition for removal.

## CONCLUSION

Therefore, the evidence of prejudice and local influence contained in page (1) of the transcript as viewed at (Add: 1) is only appeared since the time of the first removal; whereby the plaintiff's pray that the Second Petition for Removal may be granted.

Respectively Submitted,

PLAINTIFF
In Pro Se,

James Marcello

James C. Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of this SECOND PETITION FOR REMOVAL & ADDENDUM 1 to 3, by first-class mail, postage prepaid, on AUGUST 23, 2005, to the following:

James Marcello

Joe Moretti(#5092)
300 Centerville Rd
Warwick, RI 02886

# ADDENDUM