**TUESDAY, MARCH 29, 2005**

**(A.M. SESSION)**

**(CIVIL MOTION CALENDAR CALLED:**

THE CLERK: Your Honor, this is 2004-3972, James Marcello vs. Nuno Neves.

MR. MORETTI: James Moretti for the defendants.

MR. MARCELLO: James Marcello, plaintiff, pro se.

THE COURT: This matter is before this Court with regard to the defendant's motion for summary judgment. Apparently there's some reference to a counter-motion filed by the plaintiff. Did you file a motion for summary judgment?

MR. MARCELLO: Yes, your Honor. I filed a consolidated motion, memorandum of law in opposition to the defendant's motion for summary judgment and in support of my motion for summary judgment.

THE COURT: I am not in receipt of any motion filed on behalf of the plaintiff, nor did our search of the Clerk's office reveal any, nor was it filed with an omnibus form to be scheduled for hearing today.

MR. MARCELLO: I have the proof of certified mail that the Court in fact received it and I have the copies of such to provide the Court for examination.

THE COURT: Did you ask for assignment to this calendar?