8·12·05

RECEIVED ON
-8·15·05-

No Response

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES MARCELLO

V CA NO. 05-243 ML

NUNO NEVES and
NATALIA PAIVA-NEVES

FILED JUN 21 2005

# MOTION TO REMAND TO STATE COURT

Now comes the Defendants through counsel and hereby moves to remand this matter back to the Rhode Island Supreme Court. As a basis for this Motion, Defendants rely on the grounds set forth below and further stated in their Memorandum of Law filed with this Motion. This matter should be removed back to the State Court for the following reasons:

1. Plaintiff seeks removal of the matter from State Court after filing a Complaint in Rhode Island Superior Court about eleven (11) months ago on 7/21/2004, entitled James Marcello v Nuno Neves and Natalia Paiva-Neves, CA PC 04-3972. (Exhibit A) (Exhibit B). His claim was then adjudicated and dismissed by Associate Superior Court Justice Savage on May 19, 2005, pursuant to Defendants' Motion for Summary Judgment (Exhibit C) (Exhibit D). Plaintiff then filed a Notice of Appeal and the matter is currently pending before the Rhode Island Supreme Court, Case No. 2005-0176 (Exhibit E) (Exhibit F). Pursuant to 28 USC §1441 (a) and 28 USC §1446 (a), only a

Granted. Mary M. Lisi USDJ 8/12/05

3