IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO<br>Plaintiff<br>vs.<br>NUNO C. NEVES and<br>NATALIA PAIVA-NEVES<br>Defendants | C.A. NO. 05-243 ML |

FILED AUG 9 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

SECOND PETITION FOR REMOVAL

Now come Plaintiff, James C. Marcello and hereby moves for a Second Removal following a decision of the Honorable Judge Lisi granting the above named defendant's motion to remand to state court respectively dated August 12, 2005, upon the same ground of prejudice and local influence that has appeared only since the time of the first removal. In support hereof, Plaintiff respectfully submit the accompanying Memorandum of Law.

WHEREFORE, Plaintiff respectfully request that the Second Petition for Removal be granted; that the order denying plaintiffs motion to exceed dated July 8, 2005, (21) page transcript record evidence of prejudice and local influence in state court, be set aside and reconsidered; and such other and furter relief as justice requires.

Denied. Mary M. Lisi USDJ 9/15/05

Respectively Submitted,

James Marcello

James C. Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433