IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO | ) | |
| Plaintiff | ) | |
| vs. | ) | C.A. NO. 05-243 ML |
| NUNO C. NEVES and NATALIA PAIVA-NEVES | ) | |
| Defendants | ) | |

## REPLY MEMORANDUM OF LAW IN SUPPORT OF SECOND PETITION FOR REMOVAL

Plaintiff, Petitioner, James C. Marcello, respectfully submit this brief Reply Memornadum of Law in response to Defendants' Second Motion to Remand Back to State Court dated 9/13/05.

First, the decision of Judge Lisi's ruling on 8/12/05 is not "binding" by alledged case doctrine In Re PCH Associates.... and "has not been appeal" as Defendants argue. (Def Memo. at 2 ¶ 2.). **IN RE USCA TIT 28 § 71** no appeal or writ of error from the decision remanding the cause shall be allowed, and also in view of the fact that it is not final, as distinguished from interlocutory,in character, an order remanding a cause is... not reviewable in any court **SEE WABASH R. CO. V. LINDLEY, 29 F. (2d) 829.**

Second, contary the Defendants' argument that this Honorable Court granted the Defendants First Motion to Remand on 8/12/05 (Sec Mot to Remand at 1 ¶ 1.) is not a formal order as required by statute (see attached informal order 8/12/04), **DILLINGER V CHICAGO, ETC., R. CO., 19 F. (2d) 196** states that proper practice for Federal Courts is for it to enter a formal order of remand.

Third, there is nothing presented by Defendant regarding the fact of the state action being removed to this Court to sustain a motion to remand when the state court record file never was transfered. If, on the face of the record, placed before this Court, facts appear which give rise to a right of removal or bring the cause within the removal statutes, the motion to remand must be denied **SEE BRADSHAW V. BOWDEN, 226 Fed. 323.**

Fourth and lastly, Defendants have utterly failed to deny in any way shape or form the existence of prejudice and local influence on and around and in the decision of state court Justice Savage on March 29, 2005, whereby are admitted under Rule 8(d) of the Federal Rules of Civil Procedure. The right of a state court to prejudice and by local influence, as against any party whether plaintiff or defendant, should not preclude the right of either party to removal.

## CONCLUSION

Therefore, for the reasons set forth herein and in the initial Memorandum, Plaintiff respectfully request that their Second Petition for Removal be granted; that the order of this court denying plaintiffs motion to exceed dated July 8, 2005 of the (21) page transcript record evidence of prejudice and local influence in state court, be set aside and reconsidered; that other and further relief as justice may require.

Respectively Submitted,

**PLAINTIFF**

JAMES C. MARCELLO
In Pro se,

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. **REPLY MEMORANDUM OF LAW IN SUPPORT OF SECOND PETITION FOR REMOVAL**
2. **PLAINTIFF'S PROPOSED ORDER**
3.
4.
5.

by regular mail, postage prepaid, on **SEPTEMBER 15, 2005** specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

James Moretti,Esq
300 Centerville Rd - 300W
Warwick, RI 02886

I swear under penalty of perjury that this is true and correct.

JAMES C MARCELLO

10

8·12·05

RECEIVED ON: -8·15·05-

No Response

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES MARCELLO

V

NUNO NEVES and
NATALIA PAIVA-NEVES

FILED JUN 21 2005

CA NO. 05-243 ML

## MOTION TO REMAND TO STATE COURT

Now comes the Defendants through counsel and hereby moves to remand this matter back to the Rhode Island Supreme Court. As a basis for this Motion, Defendants rely on the grounds set forth below and further stated in their Memorandum of Law filed with this Motion. This matter should be removed back to the State Court for the following reasons:

1. Plaintiff seeks removal of the matter from State Court after filing a Complaint in Rhode Island Superior Court about eleven (11) months ago on 7/21/2004, entitled James Marcello v Nuno Neves and Natalia Paiva-Neves, CA PC 04-3972. (Exhibit A) (Exhibit B). His claim was then adjudicated and dismissed by Associate Superior Court Justice Savage on May 19, 2005, pursuant to Defendants' Motion for Summary Judgment (Exhibit C) (Exhibit D). Plaintiff then filed a Notice of Appeal and the matter is currently pending before the Rhode Island Supreme Court, Case No. 2005-0176 (Exhibit E) (Exhibit F). Pursuant to 28 USC §1441 (a) and 28 USC §1446 (a), only a

Granted. Mary M. Lisi USDJ 8/12/05