# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JAMES MARCELLO**

**V** **CA NO. 05-243 ML**

**NUNO NEVES and**
**NATALIA PAIVA-NEVES**

## ORDER

This matter came before the Court pursuant to Defendants' Second Motion to Remand back to State Court. After reviewing the Motions and Memorandum submitted, it is HEREBY ORDERED THAT:

1. This matter shall be remanded back to the Rhode Island Supreme Court.

ENTERED AS AN ORDER OF THIS HONORABLE COURT ON 10/4/05.

ENTER: PER ORDER:

Mary M. Lisi USDJ Barbara Barletta

RECEIVED
SEP 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Presented By:

Jo Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500